THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 SEP 18 A 10: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:06 cv 832-MHT

| | |
|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) |
| Petitioner, | ) C.A. No. _____ |
| vs. | ) |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) |
| Respondent. | ) |

## MOTION FOR EXPEDITED SHOW-CAUSE HEARING
## AND FOR NOTICE UNDER SECTION 30-3B-305(b) OF THE CODE OF ALABAMA

1. Concurrently with this motion, petitioner Oscar Manuel Reyes Pastén ("Reyes") is filing a Petition For The Return Of A Child Under The Hague Convention On The Civil Aspects Of International Child Abduction (the "Petition"), which is incorporated by reference.

2. The Hague Convention on the Civil Aspects of International Child Abduction (the "Hague Convention")[1] mandates that the Court act expeditiously in this proceeding, and generally requires a decision within no more than six weeks.[2]

3. In addition, Section 30-3B-305(b) of the Code of Alabama requires the Court to serve respondent Flavia Cecilia Ruiz Velásquez ("Ruiz") with notice of the Registration Of Foreign Determination Of Access Rights To Child (the "Registration"), which Reyes is also filing concurrently with this motion.

4. Therefore, consistent with the procedures other courts have followed in Hague Convention cases, Reyes asks the Court to order the United States Marshals Service to serve a

---

[1] *Convention on the Civil Aspects of International Child Abduction*, Oct. 25, 1980, T.I.A.S. No. 11670, 1343 U.N.T.S. 89, *reprinted in* 51 Fed. Reg. 10,494 (1986) [hereinafter *Hague Convention*].

[2] *Hague Convention*, supra note 1, Art. 11.

copy of the Petition and the Registration on Ruiz, along with an order for her to appear at a hearing and show cause why the Court should not order RMRV returned home to Chile.[3]

5.  Reyes further asks the Court to grant him all other relief to which he is entitled.

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: _____
Sylvia Mayer
Texas State Bar No. 00787028
Scott R. Dayton
Texas State Bar No. 24007093
Dolores Cavatore
Texas State Bar No. 24027800

700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:    713-546-5000
Facsimile:    713-224-9511

**ATTORNEYS FOR PETITIONER
OSCAR MANUEL REYES PASTÉN**

---

[3] Zajaczkowski v. Zajaczkowska, 932 F. Supp. 128, 132 (D. Md. 1996) (treating a Hague Convention petition as a writ of habeas corpus).

**MOTION FOR EXPEDITED SHOW-CAUSE HEARING
AND FOR NOTICE UNDER SECTION 30-3B-305(b) OF THE CODE OF ALABAMA— Page 2 of 2**
HO1:337512.01 78FC01!.DOC 99995.2438

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OSCAR MANUEL REYES PASTÉN, ) | |
| ) | C.A. No. 2:06CV832-MHT |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, ) | **REDACTED** |
| ) | |
| Respondent. ) | |

### NOTICE AND ORDER TO APPEAR

TO: Respondent FLAVIA CECILIA RUIZ VELÁSQUEZ, ▇▇▇▇▇▇▇, Montgomery, Alabama; ▇▇▇▇▇▇.

1. **NOTICE** is given to Flavia Cecilia Ruiz Velásquez that the attached Petition For The Return Of A Child Under The Hague Convention On The Civil Aspects Of International Child Abduction (the "Petition") has been filed with the United States District Court for the Middle District of Alabama, Northern Division.

2. A hearing on this matter will be held at _____ o'clock _____. m. on the _____ day of _____, 2006. The hearing will be held in Courtroom _____ in the United States Courthouse located at One Church Street, Montgomery, Alabama 36104.

3. Flavia Cecilia Ruiz Velásquez is **ORDERED TO APPEAR PERSONALLY** at the hearing and show cause, if any she may have, why petitioner Oscar Manuel Reyes Pastén's Petition should not be granted, why a writ of habeas corpus should not issue, and why RMRV[4] should not be returned home to Chile.

---

[4] In accordance with General Order No. 2:04-mc-3228, only the minor's initials are used in this Notice and Order.

4.  **FURTHER NOTICE** is given that a Registration Of Foreign Determination Of Access Rights To Child ("Registration") has been filed with the Court under Section 30-3B-305 of the Code of Alabama. The Registration is attached to this notice, along with any accompanying documents and related information.

5.  A registered foreign determination of access rights to a child is enforceable as of the date of the registration in the same manner as a determination issued by a court of this state.

6.  A hearing to contest the validity of the registered determination must be requested within 30 days after service of notice.

7.  Failure to contest the registration will result in confirmation of the child custody determination and preclude further contest of that determination with respect to any matter that could have been asserted.

8.  A person seeking to contest the validity of a registered order must request a hearing within 30 days after service of the notice.

9.  At that hearing, the Court shall confirm the registered order unless the person contesting registration establishes that:

   a. The issuing court did not have jurisdiction under Article 2;

   b. The child custody determination sought to be registered has been vacated, stayed, or modified by a court having jurisdiction to do so under Article 2; or

   c. The person contesting registration was entitled to notice, but notice was not given in accordance with the standards of Section 30-3B-108, in the proceedings before the court that issued the order for which registration is sought.

10. If a timely request for a hearing to contest the validity of the registration is not made, the registration is confirmed as a matter of law and the person requesting registration and all persons served must be notified of the confirmation.

11. Confirmation of a registered order, whether by operation of law or after notice and hearing, precludes further contest of the order with respect to any matter that could have been asserted at the time of registration.

12. It is **FURTHER ORDERED** that the United States Marshals Service shall promptly serve a copy of this Notice and Order to Appear, the Petition, and the Registration on Flavia Cecilia Ruiz Velásquez at ███████████, Montgomery, Alabama, ███████, or wherever else she may be found.

Signed on the _____ day of _____, 200__.

_____
United States District Judge