THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 SEP 18 A 10: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

OSCAR MANUEL REYES PASTÉN, )
)
Petitioner )
)
vs. )
)
FLAVIA CECILIA RUIZ VELÁSQUEZ, )
)
Respondent. )

C.A. No. 2:06cv832mHT

## APPLICATION OF DOLORES CAVATORE TO APPEAR PRO HAC VICE

I, Dolores Cavatore, file this application to appear pro hac vice before the Court, and respectfully show as follows:

1. My full name is Dolores Cavatore.

2. I am an attorney with the law firm Weil, Gotshal & Manges LLP.

3. My office address, telephone number, fax number, and email address are as follows:

> Dolores Cavatore
> Weil, Gotshal and Manges LLP
> 700 Louisiana, Suite 1600
> Houston, Texas 77002
> 713-546-5000 (telephone)
> 713-224-9511 (fax)
> dolores.cavatore@weil.com

4. Weil, Gotshal & Manges LLP has been retained by petitioner Oscar Manuel Reyes Pastén to provide *pro bono* legal representation in connection with this case. I am one of the principal attorneys involved in Mr. Reyes's representation, which originated in the State of Texas, but must now go forward in Alabama because the defendant recently moved there from Texas.

5. I have been a member in good standing of the bar of the highest court of the State of Texas since November 2000. A certificate of my good standing with the Texas Bar is attached as <u>Exhibit 1</u>. A certificate of good standing from the federal district court for the district in which I reside – the Southern District of Texas – is attached as <u>Exhibit 2</u>.

6. I am admitted to practice in the following courts:

   a. all courts of the State of Texas [admitted November 1, 2000];

   b. the U.S. District Court for the Northern District of Texas [admitted July 7, 2003];

   c. the U.S. District Court for the Eastern District of Texas [admitted April 16, 2003];

   d. the U.S. District Court for the Southern District of Texas [admitted January 5, 2001].

7. I am a member in good standing of the bars listed in Paragraph 6.

8. I have not been the subject of any grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court.

9. I have not been charged, arrested, or convicted of a criminal offense or offenses.

10. I have never before applied to appear pro hac vice before this Court, or any other court in the State of Alabama.

11. I have never been denied admission to the courts of any state or to any federal court.

12. I am familiar with the Local Rules of this Court.

13. I understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

14. The $20.00 fee for admission *pro hac vice* is enclosed.

FOR THESE REASONS, I, Dolores Cavatore, respectfully ask the Court to grant this application and allow me to appear *pro hac vice* before it until the conclusion of this action.

Respectfully submitted,

*/s/ Dolores Cavatore*
Dolores Cavatore
Texas State Bar No. 24027800
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:   713-546-5000
Facsimile:   713-224-9511

**ATTORNEY FOR PETITIONER
OSCAR MANUEL REYES PASTÉN**

**EXHIBIT 1**

# The Supreme Court of Texas

AUSTIN

### CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### DOLORES CAVATORE

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of November, 2000.

I further certify that the records of this office show that, as of this date

### DOLORES CAVATORE

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 28th day of August, 2006.

BLAKE HAWTHORNE, Clerk

by *Andrea King*
Andrea King, Deputy Clerk

No. 5829

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

**EXHIBIT 2**

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS **Dolores Cavatore** Federal Bar No. 27160 was duly admitted to practice in said Court on February 9, 2001 and is in good standing as a member of the bar of said Court.

Dated August 30, 2006 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: *[signature]*
Patricia Ann Williams
Attorney Admissions Deputy Clerk



THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OSCAR MANUEL REYES PASTÉN, ) | C.A. No. 2:06CV832-MHT |
| Petitioner, ) | |
| vs. ) | |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, ) | |
| Respondent. ) | |

### ORDER

The Application Of Dolores Cavatore to Appear Pro Hac Vice is **GRANTED**. Dolores Cavatore is **ADMITTED** *pro hac vice* to practice before this Court as counsel for Oscar Manuel Reyes Pastén in the referenced action.

SIGNED the _____ day of _____, 2006

_____
United States District Judge