THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 SEP 18 A 10: 24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

OSCAR MANUEL REYES PASTÉN, )
)
) C.A. No. _____ 2:06cv832-MHT
Petitioner, )
)
vs. )
)
FLAVIA CECILIA RUIZ VELÁSQUEZ, )
)
Respondent. )

## APPLICATION OF SYLVIA ANN MAYER TO APPEAR PRO HAC VICE

I, Sylvia Ann Mayer, file this application to appear pro hac vice before the Court, and respectfully show as follows:

1. My full name is Sylvia Ann Mayer.

2. I am an attorney with the law firm Weil, Gotshal & Manges LLP.

3. My office address, telephone number, fax number, and email address are as follows:

> Sylvia Ann Mayer
> Weil, Gotshal and Manges LLP
> 700 Louisiana, Suite 1600
> Houston, Texas 77002
> 713-546-5000 (telephone)
> 713-224-9511 (fax)
> sylvia.mayer@weil.com

4. Weil, Gotshal & Manges LLP has been retained by petitioner Oscar Manuel Reyes Pastén to provide *pro bono* legal representation in connection with this case. I am one of the principal attorneys involved in Mr. Reyes's representation, which originated in the State of Texas, but must now go forward in Alabama because the respondent recently moved there from Texas.

5. I have been a member in good standing of the bar of the highest court of the State of Texas since November of 1993. A certificate of my good standing with the Texas Bar is attached as <u>Exhibit 1</u>. A certificate of good standing from the federal district court for the district in which I reside – the Southern District of Texas – is attached as <u>Exhibit 2</u>.

6. I am admitted to practice in the following courts: [1]

   a. all courts of the State of Texas admitted November of 1993;

   b. the U.S. District Court for the Southern District of Texas admitted January of 1994;

   c. the U.S. Court of Appeals for the Fifth Circuit admitted February of 1999;

   d. the U.S. Court of Appeals for the Sixth Circuit admitted March of 1996; and

   e. the U.S. Court of Appeals for the Second Circuit which is presently pending approval.

7. I am a member in good standing of the bars listed in Paragraph 6.

8. I have not been the subject of any grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court.

9. I have not been charged, arrested, or convicted of a criminal offense or offenses.

10. I have never before applied to appear pro hac vice before this Court, or any other court in the State of Alabama.

11. I have never been denied admission to the courts of any state or to any federal court.

12. I am familiar with the Local Rules of this Court.

---

[1] In July 2004, pursuant to a court order, I changed my name from Sylvia Mayer Baker to Sylvia Ann Mayer. In some instances, court records remain in the name of either Sylvia Mayer Baker or Sylvia Ann Baker.

<u>APPLICATION OF SYLVIA ANN MAYER TO APPEAR PRO HAC VICE</u>—PAGE 2

13. I understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

14. The $20.00 fee for admission *pro hac vice* is enclosed.

FOR THESE REASONS, I, Sylvia Ann Mayer, respectfully ask the Court to grant this application and allow me to appear *pro hac vice* before it until the conclusion of this action.

Respectfully submitted,

_____
Sylvia Ann Mayer
Texas State Bar No. 00787028
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:    713-546-5000
Facsimile:    713-224-9511

**ATTORNEY FOR PETITIONER
OSCAR MANUEL REYES PASTÉN**

**EXHIBIT 1**

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

September 5, 2006

Re:  Sylvia Ann Mayer, State Bar Number 00787028

To Whom It May Concern:

This is to certify that Ms. Sylvia Ann Mayer was licensed to practice law in Texas on November 5, 1993, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. Mayer's law license.

Sincerely,

John A. Neal
John A. Neal
Chief Disciplinary Counsel

JN/et



P.O. BOX 12487, AUSTIN, TEXAS 78711-2487, 512-453-5535 or 1-877-953-5535

**EXHIBIT 2**

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Sylvia Mayer Baker,** Federal Bar No. **385799,** was duly admitted to practice in said Court on January 21, 1994, and is in good standing as a member of the bar of said Court.

Dated   September 1, 2006   at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
Shannon Jones
Attorney Admissions Deputy Clerk



THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OSCAR MANUEL REYES PASTÉN,<br><br>Petitioner,<br><br>vs.<br><br>FLAVIA CECILIA RUIZ VELÁSQUEZ,<br><br>Respondent. | )<br>)<br>)   C.A. No. 2:06CV832-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Application Of Sylvia Ann Mayer To Appear Pro Hac Vice is **GRANTED**. Sylvia Ann Mayer is **ADMITTED** *pro hac vice* to practice before this Court as counsel for Oscar Manuel Reyes Pastén in the referenced action.

SIGNED the _____ day of _____, 2006

_____
United States District Judge