THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 SEP 18  A 10: 24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) |
| Petitioner, | ) C.A. No. 2:06cv832-mht |
| vs. | ) |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) |
| Respondent. | ) |

## APPLICATION OF SCOTT R. DAYTON TO APPEAR PRO HAC VICE

I, Scott R. Dayton, file this application to appear pro hac vice before the Court, and respectfully show as follows:

1. My full name is Scott Robert Dayton.

2. I am an attorney with the law firm Weil, Gotshal & Manges LLP.

3. My office address, telephone number, fax number, and email address are as follows:

> Scott R. Dayton
> Weil, Gotshal and Manges LLP
> 700 Louisiana, Suite 1600
> Houston, Texas 77002
> 713-546-5000 (telephone)
> 713-224-9511 (fax)
> scott.dayton@weil.com

4. Weil, Gotshal & Manges LLP has been retained by petitioner Oscar Manuel Reyes Pastén to provide *pro bono* legal representation in connection with this case. I am one of the principal attorneys involved in Mr. Reyes's representation, which originated in the State of Texas, but must now go forward in Alabama because the respondent recently moved there from Texas.

5. I have been a member in good standing of the bar of the highest court of the State of Texas since November 1998. A certificate of good standing from the federal district court for the district in which I reside – the Southern District of Texas – is attached as <u>Exhibit 1</u>.

6. I am admitted to practice in the following courts:

   a. all courts of the State of Texas [admitted November 6, 1998];

   b. the U.S. Supreme Court [admitted February 21, 2006];

   c. the U.S. Court of Appeals for the Fifth Circuit [admitted September 12, 2003];

   d. the U.S. District Court for the Northern District of Texas [admitted November 14, 2003];

   e. the U.S. District Court for the Eastern District of Texas [admitted January 4, 2000];

   f. the U.S. District Court for the Southern District of Texas [admitted May 14, 1999];

   g. the U.S. District Court for the Western District of Texas [admitted October 23, 2003];

7. I am a member in good standing of the bars listed in Paragraph 6.

8. I have not been the subject of any grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court.

9. I have not been charged, arrested, or convicted of a criminal offense or offenses.

10. I have never before applied to appear pro hac vice before this Court, or any other court in the State of Alabama.

11. I have never been denied admission to the courts of any state or to any federal court.

12. I am familiar with the Local Rules of this Court.

<u>APPLICATION OF SCOTT R. DAYTON TO APPEAR PRO HAC VICE</u>—PAGE 2

13. I understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

14. The $20.00 fee for admission *pro hac vice* is enclosed.

FOR THESE REASONS, I, Scott R. Dayton, respectfully ask the Court to grant this application and allow me to appear *pro hac vice* before it until the conclusion of this action.

Respectfully submitted,

_____
Scott R. Dayton
Texas State Bar No. 24007093
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:   713-546-5000
Facsimile:   713-224-9511

**ATTORNEY FOR PETITIONER
OSCAR MANUEL REYES PASTÉN**

**EXHIBIT 1**

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA § § §
SOUTHERN DISTRICT OF TEXAS

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS DO HEREBY CERTIFY That **Scott Robert Dayton**, Federal Bar No. **419193**, was duly admitted to practice in said Court on May 14, 1999, and is in good standing as a member of the bar of said Court.

Dated September 1, 2006 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
Shannon Jones
Attorney Admissions Deputy Clerk



THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) |
| Petitioner, | ) C.A. No. 2:06cv832-mht |
| vs. | ) |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) |
| Respondent. | ) |

### ORDER

The Application Of Scott R. Dayton To Appear Pro Hac Vice is **GRANTED**. Scott R. Dayton is **ADMITTED** *pro hac vice* to practice before this Court as counsel for Oscar Manuel Reyes Pastén in the referenced action.

SIGNED the _____ day of _____, 2006

_____
United States District Judge