IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
OSCAR MANUEL REYES PASTEN,   )
                             )
    Plaintiff,               )
                             )       CIVIL ACTION NO.
    v.                       )        2:06cv832-MHT
                             )
FLAVIA CECILIA RUIZ          )
VELASQUEZ,                   )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that the applications for admission pro hac vice (doc. nos. 5, 6 & 7) are granted.

DONE, this the 20th day of September, 2006.


      /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**