IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR MAUNEL REYES PASTÉN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:06cv832-MHT |
| FLAVIA CECELIA RUIZ VELÁSQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that plaintiff's motion for **ex parte** temporary restraining order (Doc. No. 3) is construed as a motion for an **ex parte** hearing and said motion is granted to the extent that an **ex parte** hearing is set for September 22, 2006, at 10:00 a.m. Counsel for plaintiff are to arrange for the hearing to be conducted by telephone.

DONE, this the 20th day of September, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE