IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| OSCAR MAUNEL REYES PASTÉN,   )<br>                              )<br>   Plaintiff,               )<br>                              )<br>   v.                         )<br>                              )<br> FLAVIA CECILIA RUIZ          )<br> VELÁSQUEZ,                   )<br>                              )<br>   Defendant.                 ) | CIVIL ACTION NO.<br>  2:06cv832-MHT |

ORDER

It is ORDERED that petitioner's motion for registration of the Foreign Determination of Access Rights to a Child (Doc. No. 2) is denied without prejudice. This matter should be taken up by petitioner in state court.

DONE, this the 22d day of September, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE