IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| OSCAR MAUNEL REYES PASTÉN, ) )    Plaintiff, ) ) v. ) ) FLAVIA CECILIA RUIZ ) VELÁSQUEZ ) )    Defendant. ) | CIVIL ACTION NO. 2:06cv832-MHT |

CORRECTED ORDER AND INJUNCTION

This matter came before the court on a petition filed pursuant to the Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act, 42 U.S.C. § 11601, et seq.

Notice is hereby given to respondent Flavia Cecilia Ruiz Velásquez that a petition for the return of the minor child RMRV to Chile has been filed with this court by petitioner Oscar Maunel Reyes Pastén. A copy of the petition is attached to this order.

The court has entered this order after an <u>ex parte</u> hearing with counsel for petitioner. The court finds that such a hearing was necessary without notice to the respondent due to the risk that the respondent might flee the jurisdiction of this court and hide the whereabouts of minor child RMRV.

Accordingly it is ORDERED as follows:

(1) A hearing on this matter is set for Wednesday, October 11, 2006, at 10:00 a.m. in courtroom 2FMJ, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama 36104.

(2) Respondent Flavia Cecilia Ruiz Velásquez is **ENJOINED** and **RESTRAINED** from failing to personally appear before this court at that time with the minor child RMRV. If respondent Ruiz Velásquez fails to appear, she could be held in contempt of court and a warrant could issue for her arrest.

(3) Respondent Ruiz Velásquez is ENJOINED and RESTRAINED from removing the minor child RMRV from the jurisdiction of this court without prior approval of this court.

(4) Petitioner Reyes Pastén shall post security in the amount of $ 100.00.

(5) It is DIRECTED that the United States Marshals Service or his representative shall serve a copy of this order along with the petition on Flavia Cecilia Ruiz Velásquez at 432 Townlake Place, Montgomery, Alabama.

DONE, this the 22nd day of September, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE