IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OSCAR MANUEL REYES PASTEN, ) <br> ) <br> PETITIONER, ) <br> ) <br> VS. ) <br> ) <br> FLAVIA CECILIA RUIZ VELASQUEZ, ) <br> ) <br> RESPONDENT. ) | CIVIL ACTION NO.: 2:06 cv 832 - MHT |

## NOTICE OF APPEARANCE

Comes now the undersigned, Benjamin M. Bowden, and hereby gives notice of his appearance as counsel for Petitioner, Oscar Manuel Reyes Pasten, in the above-styled case.

_____
Benjamin M. Bowden (BOW035)
Attorney for Petitioner, Oscar Manuel Reyes Pasten

OF COUNSEL:
ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420
334-222-3177

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this, the 25th day of September, 2006:

Ms. Sylvia Mayer
Mr. Scott R. Dayton
Weil, Gotshal & Manges, LLP
700 Louisiana
Suite 1600
Houston, Texas 77002

_____
OF COUNSEL