IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR MAUNEL REYES PASTÉN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:06cv832-MHT |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

This matter is before the court on the petitioner Oscar Maunel Reyes Pastén's motion to extend this court's order and temporary injunction entered September 22, 2006 (Doc. No. 15). That order and temporary injunction will expire on October 3, 2006, less than ten days before the hearing in this matter, scheduled for October 11, 2006, at 10:00 am. The court finds that the risk that respondent Flavia Cecilia Ruiz Velásquez will flee with the minor child RMRV is ongoing and that the motion should therefore be granted and the order and temporary

injunction extended. Accordingly, it is ORDERED as follows:

(1) Petitioner Oscar Maunel Reyes Pastén's motion to extend this court's order and temporary injunction entered September 22, 2006 (Doc. No. 15), is granted to the extent set forth in this order.

(2) The order and temporary injunction entered on September 22, 2006 (Doc. No. 14), is extended to the conclusion of the hearing, currently scheduled for October 11, 2006.

(3) Before the conclusion of the hearing set for October 11, 2006, respondent Flavia Cecilia Ruiz Velásquez is ENJOINED and RESTRAINED (A) from removing the minor child RMRV from the jurisdiction of this court without prior approval of this court and (B) from failing to personally appear before this court, with the minor child RMRV, at said hearing.

It is DIRECTED that the United States Marshals Service or his representative shall serve a copy of this

order on Flavia Cecilia Ruiz Velásquez at 432 Townlake Place, Montgomery, Alabama.

DONE, this the 27th day of September, 2006.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE