# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Oscar Manuel Reyes Posten | COURT CASE NUMBER: 2:06cv832-MHT |
| DEFENDANT: Flavia Cecilia Ruiz | TYPE OF PROCESS: Order + Petition |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Flavia Cecilia Ruiz Velasquez

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
432 Townlake Place, Mont, AL 36117

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

US District Court
Clerk's Office
P.O. Box 711
Mont, AL 36101

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**RETURNED AND FILED**
**SEP 27 2006**
**CLERK**
**U.S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

Signature of Attorney or other Originator requesting service on behalf of: *Debra P. Hackett*
☐ PLAINTIFF
☐ DEFENDANT

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk: X. Chavers | Date: 9/22/06 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above):
432 Towne Lake Place
Montgomery, AL 36117
Phone 215-3410

| Date of Service | Time |
|---|---|
| 9/25/06 | 11:00 am |

Signature of U.S. Marshal or Deputy: Michael H. Bty

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | $19.80 | | $64.30 | | |

**REMARKS:** A/K/A Flavia Cecilia Velasquez Ruiz DOB 7/1/1963
Soc# 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  Permanent Resident #
A#-096-379-187
Alabama DL 7904554 - Flavia Cecilia Velasquez
Ruiz-Valasques is currently married to Walter Brian Jones DOB 5-4-1972
Soc# 423961852
AL DL# 5541133

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80)