**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**



| PLAINTIFF<br>Oscar Manuel Reyes Pasten | COURT CASE NUMBER<br>2:06-cv-00832-MHT-VPM |
|---|---|
| DEFENDANT<br>Flavia Cecilia Ruiz Velasquez | TYPE OF PROCESS<br>Restraining Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Flavia Cecilia Ruiz Velasquez
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
432 Towne Lake Place; Montgomery, AL 36117

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Clerk, USDC
One Church Street
Montgomery, AL 36104

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

2006 SEP 27 A 10: 51 RECEIVED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                       Fold

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT  TELEPHONE NUMBER: 334-954-3619  DATE: 9/27/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk  K. Chavers | Date 9/27/06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 9/27/06   Time: 1200 NOON ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: Michael A. Bell

| Service Fee $45.00 | Total Mileage Charges including endeavors $19.80 | Forwarding Fee | Total Charges $64.30 | Advance Deposits | Amount owed to U.S. Marshal or |

RETURNED AND FILED
SEP 28 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

SCANNED
KH 9/28/06