IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 OCT 10 P 1:43

| | |
|---|---|
| OSCAR MANUEL REYES PASTÉN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLAVIA CECILIA RUIZ VELÁSQUEZ )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>2:06cv832-MHT |

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT

Comes now Boyd F. Campbell and enters his notice of appearance on behalf of the defendant, Flavia Cecilia Velásquez-Ruiz.

Respectfully submitted,

_____
BOYD F. CAMPBELL    ASB-8517-C66B
Attorney for Defendant

COUNSEL'S ADDRESS:
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P.O. Box 11032
Montgomery, Alabama 36111-0032
Telephone: 334-832-9090
Facsimile: 334-832-9071

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Appearance on Behalf of Defendant upon counsel for the plaintiff via facsimile and via first class mail, postage prepaid and properly addressed to:

Weil Gotshal & Manges LLP
ATTN: Sylvia Mayer, Scott R. Dayton, Dolores Cavatore
700 Louisiana, Suite 1600
Houston, Texas 77002

_____
BOYD F. CAMPBELL