# <u>MINUTES</u>

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE         AT MONTGOMERY  ALABAMA

DATE COMMENCED <u>October 11, 2006</u>         AT  10:15   A.M./P.M.

DATE COMPLETED <u>October 11, 2006</u>         AT  1:05   A.M./P.M.

OSCAR MANUEL REYES PASTEN
                plaintiff

          v.                              Civil Action
                                          2:06-cv-832-MHT

FLAVIA CECILIA VELASQUEZ
                defendant

| <u>PLAINTIFF(S)</u> | APPEARANCES | <u>DEFENDANT(S)</u> |
|---|---|---|
| Atty Scott R. Dayton | X | Atty Boyd F. Campbell |
| | X | |
| | X | |

<u>COURT OFFICIALS PRESENT:</u>

| Anthony Green,<br>Courtroom Clerk | Danielle Goldstein,<br>Law Clerk | Mitchell Reisner,<br>Court Reporter |
|---|---|---|

Beverly Childress, Interpreter

<u>PROCEEDINGS:</u>

( )  NONJURY TRIAL
(X)  OTHER PROCEEDING        SHOW CAUSE HEARING

| | |
|---|---|
| 10:15 a.m. | Show cause hearing commenced. Plaintiff's summary of case and evidence. Defendant's summary of case and evidence. |
| 11:05 | Break for parties to discuss resolution. |
| 11:17 a.m. | **In-chambers conference with attorneys** (off the record). |
| 11:23 a.m. | Break continued. |
| 11:40 a.m. | Court reconvenes. Defendant's evidence continues. |
| 12:05 p.m. | Break. |
| 12:16 p.m. | Hearing continued. Order to issue granting relief in favor of the plaintiff as stated on the record. Defendant is to relinquish passport to court. Opinion forthcoming. |
| 1:05 p.m. | Hearing concluded. |

| | | | | | | OSCAR MANUEL REYES PASTEN |
| | | | | | | v |
| PLAINTIFF'S EXHIBITS | | | | | | |
| | | | | | | FLAVIA CECILIA VELASQUEZ |
| SHOW CAUSE HEARING | | | | | | 2:06cv832-MHT |

| | | | | | | JUDGE MYRON H. THOMPSON MITHCELL REISNER, COURT REPORTER |
|---|---|---|---|---|---|---|
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| YES | YES | 10/11/06 | | | | Petition filed in Chile |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | **\*Exhibit filed under seal per order of court after hearing** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DEFENDANT'S EXHIBITS**<br><br>**SHOW CAUSE HEARING** | | | | OSCAR MANUEL REYES PASTEN<br><br>v<br><br>FLAVIA CECILIA VELASQUEZ<br>2:06cv832-MHT | | |
| | | | | | JUDGE MYRON H. THOMPSON<br>MITCHELL REISNER, COURT REPORTER | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| YES | 10/11/06 | 10/11/06 | A | | | Chilean Document w/Certification of Translation |
| YES | 10/11/06 | 10/11/06 | B | | | Excerpt of Interview w/minor |
| YES | 10/11/06 | 10/11/06 | C | | | Certificate |
| YES | 10/11/06 | 10/11/06 | D | | | Psychological Report |
| YES | 10/11/06 | 10/11/06 | E | | | Psychological Report |
| YES | 10/11/06 | 10/11/06 | F | | | Document from Family Court San Bernardo |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | **\*Exhibits filed under seal per order of court after hearing** |