IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 NOV 17 A 9: 47
DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| OSCAR MANUEL REYES PASTÉN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:06cv832-MHT |
| FLAVIA CECILIA RUIZ VELÁSQUEZ ) | |
| ) | |
| Defendant. ) | |

## MOTION TO STRIKE

The defendant moves this honorable court to strike the plaintiff's motion for costs and fees on the following grounds:

1. A motion for costs and fees is not appropriate at this time because the court has not ordered the defendant to return RMRV to Chile, as required by 42 U.S.C. §11607(b)(3).

2. The court has enjoined and restrained the defendant from removing RMRV from this court's jurisdiction.

3. The court's order is conditioned upon the defendant presenting to the court written permission from an appropriate Chilean court to continue to keep RMRV outside Chile and that such permission be presented to the court no later than November 28, 2006.

Accordingly, the plaintiff's motion for costs and fees is due to be struck as inappropriate at this time.

Respectfully submitted on this 15th day of November, 2006.

_____
BOYD F. CAMPBELL      ASB-8517-C66B
Attorney for Defendant

COUNSEL'S ADDRESS:
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P.O. Box 11032
Montgomery, Alabama 36111-0032
Telephone: 334-832-9090
Facsimile: 334-832-9071

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon counsel for the plaintiff via facsimile and via first class mail, postage prepaid and properly addressed, to:

Weil Gotshal & Manges LLP
ATTN: Sylvia Mayer, Scott R. Dayton, Dolores Cavatore
700 Louisiana, Suite 1600
Houston, Texas 77002

_____
BOYD F. CAMPBELL