IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | C.A. No. 2:06-cv-832-MHT |
| | ) | |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |

### PETITIONER'S RESPONSE TO RESPONDENT'S MOTION TO STRIKE AND MOTION FOR ATTORNEY FEES

Petitioner Oscar Manuel Reyes Pasten's ("Reyes") motion for costs and fees[1] was not only timely, but *required* under the Federal Rules of Civil Procedure. Respondent Flavia Cecilia Ruiz Velasquez's motion to strike[2] should, therefore, be denied. The Court should also order Ruiz to pay the necessary legal fees incurred in responding to her motion.

1. Ruiz's motion to strike states that the Court has not ordered Ruiz to return RMRV home to Chile. As the Court knows, that is just plain wrong. The Court's judgment specifically states that Ruiz is "ENJOINED and RESTRAINED from . . . failing, by no later than November 28, 2006, to return RMRV to Chile . . . ."[3] True, the judgment does provide an exception if Ruiz receives written permission from an appropriate Chilean court to keep RMRV outside of Chile.[4] But that has not happened, and likely never will happen given Ruiz's failure to pursue her Chilean action diligently, if at all (not to mention the total lack of merit to her case). And unless and until it does happen, the Court's order is final and binding.

---

[1] Doc. No. 25.

[2] Doc. No. 27.

[3] Doc. No. 24 at 2.

[4] Doc. No. 24 at 2.

2.  Indeed, the Court's October 27, 2006 judgment[5] specifically states that "[t]he clerk of the court is DIRECTED to enter this document on the civil docket as a *final judgment* pursuant to Rule 58 of the Federal Rules of Civil Procedure."[6] And FRCP 54 requires motions for nontaxable expenses and attorneys' fees to be filed no later than 14 days after entry of a judgment.[7] Thus, Reyes was *required* to file his motion for costs and fees on November 10, 2006 – 14 days after the judgment was entered.[8] Ruiz's argument that Reyes's motion for costs and fees "is not appropriate at this time" is, therefore, without merit and her motion to strike should be denied.

### SUPPLEMENTAL MOTION FOR ATTORNEY FEES

3.  Since filing the motion for costs and fees,[9] Reyes's attorneys have spent over 1.5 hours reviewing Ruiz's motion to strike and preparing, reviewing, revising, and filing this response.[10] At WGM's standard rates,[11] the value of these legal services is $840.[12] As discussed in the motion for costs,[13] courts ordering the return of a child under the Hague Convention on the Civil Aspects of International Child Abduction must order the respondent to pay necessary expenses incurred by or on behalf of the petitioner, including legal fees.[14] Therefore, Reyes asks the Court to order Ruiz to pay him legal fees in the amount of $840, in addition to the expenses

---

[5]  Doc. No. 24.

[6]  Doc. No. 24 at 4 (emphasis added).

[7]  FED. R. CIV. P. 54(d)(2)(B).

[8]  Local Rule 54.1(a) extends the deadline to request taxation of costs to 30 days after entry of final judgment. It does not, however, extend the time to request attorney fees.

[9]  Doc. No. 25.

[10] *See* attached Declaration of Scott R. Dayton ¶ 5.

[11] *See* attached Declaration of Scott R. Dayton ¶ 4.

[12] $560 x 1.5 hours = $840.

[13] Doc. No. 25.

[14] 42 U.S.C. § 11607(b)(3) (emphasis added).

Respondent has already been ordered to pay. Reyes further asks the Court to grant him all other relief to which he is entitled.

                    Respectfully submitted,

                    WEIL, GOTSHAL & MANGES LLP

                    By: _s/ Scott R. Dayton_____
                        Sylvia Mayer
                            Texas Bar No. 00787028
                            sylvia.mayer@weil.com
                        Scott R. Dayton
                            Texas Bar No. 24007093
                            scott.dayton@weil.com
                        Dolores Cavatore
                            Texas Bar No. 24027800
                            dolores.cavatore@weil.com

                    700 Louisiana, Suite 1600
                    Houston, Texas 77002
                    Telephone:   713-546-5000
                    Facsimile:    713-224-9511

                    *Attorneys for Petitioner*
                    *Oscar Manuel Reyes Pastén*

## CERTIFICATE OF SERVICE

    I hereby certify that, on <u>November 17, 2006</u>, I electronically filed **PETITIONER'S RESPONSE TO RESPONDENT'S MOTION TO STRIKE AND MOTION FOR ATTORNEY FEES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Boyd F. Campbell
Boyd F. Campbell, P.C.
PO Box 11032
Montgomery, AL 36111-0032
334-832-9090
Fax: 334-832-9071
Email: usvisa@yahoo.com

*Attorney for Respondent*
*Flavia Cecilia Ruiz Velásquez*


          /s/    Scott R. Dayton

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | C.A. No. 2:06-cv-832-MHT |
| | ) | |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |

## DECLARATION OF SCOTT R. DAYTON

1. My name is Scott R. Dayton. I am competent to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am an attorney licensed to practice in the State of Texas, and admitted pro hac vice to the District Court of the United States For the Middle District of Alabama, Northern Division, in the referenced action.

3. I am one of the attorneys with Weil, Gotshal & Manges LLP ("WGM") that represents petitioner Oscar Manuel Reyes Pastén in the referenced action.

4. WGM bills my time at $560 (USD) per hour.

5. I have spent over 1.5 hours reviewing Ruiz's motion to strike and preparing, reviewing, revising, and filing Petitioner's response to it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 17 day of November, 2006.



Scott R. Dayton

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | C.A. No. 2:06-cv-832-MHT |
| | ) | |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Respondent Flavia Cecilia Ruiz Velásquez's ("Ruiz") Motion to Strike [Doc. No. 27] is **DENIED**.

Ruiz is **ORDERED** to pay petitioner Oscar Manuel Reyes Pastén ("Reyes") $840 for the legal fees incurred in responding to Respondent's Motion To Strike. This amount is in addition to the expenses already awarded in the Bill of Costs [Doc. No. 26].

Executed on the _____ day of _____, 2006.

_____
United States District Judge