IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv832-MHT |
| | ) | |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the motion to strike (doc. no. 27) is set for submission, without oral argument, on December 1, 2006, with all briefs due by said date.

DONE, this the 20th day of November, 2006.

　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE