IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OSCAR MANUEL REYES PASTÉN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:06cv832-MHT |
| FLAVIA CECILIA RUIZ VELÁSQUEZ ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME

On October 27, 2006, this honorable court issued its judgment and injunction concerning the defendant, establishing certain deadlines.

On November 2, 2006, Chilean counsel for the defendant filed the defendant's petition in San Bernardo family court, requesting permission to take RMRV to Australia where defendant's husband is now employed.

On November 20, 2006, the San Bernardo famly court issued notice of hearing on defendant's new petition for November 24, 2006. A copy of said notice is attached with certified English translation. On said date, Judge Dona Maria Ester Castillo Grandon heard counsel, restated the positions of the parties, and outlined the disputed issue but made no decision regarding whether the defendant would be allowed to take RMRV to Australia.

Defendant has been informed by her Chilean counsel that the November 24 hearing concerned only the issue of whether defendant will be given court permission to take RMRV to Australia, and did not address the plaintiff's issues of custody or visitation.

It appears that neither the defendant nor her Chilean legal counsel will be successful in persuading the San Bernardo family court to act within the period of time prescribed by this court.

Because this court enjoined and restrained defendant from "failing, by no later than November 28, 2006, to return RMRV to Chile, unless on or before that date she receives written permission from an appropriate Chilean court to continue to keep RMRV outside Chile," it is imperative that the defendant respectfully request an extension of the court's deadline to give the Chilean court an opportunity to issue a decision based upon the arguments and testimony taken on November 24, 2006.

Accordingly, and for good cause shown, the defendant hereby moves this honorable court for an extension of thirty (30) days, or until December 28, 2006, to return RMRV to Chile.

Respectfully submitted on this 27th day of November, 2006.

_____
BOYD F. CAMPBELL    ASB-8517-C66B
Attorney for Defendant

COUNSEL'S ADDRESS:
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P.O. Box 11032
Montgomery, Alabama 36111-0032
Telephone: 334-832-9090
Facsimile: 334-832-9071

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon counsel for the plaintiff via facsimile and via first class mail, postage prepaid and properly addressed, to:

Weil Gotshal & Manges LLP
ATTN: Sylvia Mayer, Scott R. Dayton, Dolores Cavatore
700 Louisiana, Suite 1600
Houston, Texas 77002

_____
BOYD F. CAMPBELL

# Certification of Translation

"I, Carolina Cabra, hereby certify and affirm that I am fluent in the Spanish and English languages, and that I have advanced education in both the English language and the Spanish language.

"I swear and affirm that translation of the attached document(s) is accurate and correct to the best of my knowledge and abilities."

FURTHER AFFIANT SAITH NOT.

_____
CAROLINA CABRA

AFFIANT'S ADDRESS:
3178 Old Farm Road
Montgomery, Alabama 36111
Telephone: (334) 832-9603

STATE OF ALABAMA        )
                        )
COUNTY OF MONTGOMERY    )

SWORN TO AND SUBSCRIBED before me on this the 27 day of November, 2006.

( SEAL )

_____
NOTARY PUBLIC
My commission expires:_____

San Bernardo Family Court

**SAN BERNARDO. November Twentieth of Two Thousand Six.**

Entered in this office to this date.

According to the order on November 9, 2006. The following has been issued.

According to article 13 of Law No. 19.968, the court has taken the necessary measures to conclude the process. It is said that the two parties need to come personally, with their own legal representation to a special hearing, taking place on November 24, 2006 at 11:00AM, room No. 6.

This is to be considered as a hearing notice.

**RESOLVED BY JUDGE MRS. MARIA ESTER CASTILLO GRANDON.**


Juzgado de Familia
San Bernardo

**SAN BERNARDO. Veinte de Noviembre de dos mil seis.**

Ingresado a despacho con esta fecha.

Proveyendo presentación de fecha 09 de noviembre del año en curso. Téngase por cumplido lo ordenado.

Atendido el mérito de autos, antecedentes tenidos en vista, conforme a lo establecido en el artículo 13 de la Ley N°19.968, en cuanto faculta al Tribunal para adoptar de oficio todas las medidas necesarias para llevar a término el proceso con la mayor celeridad, y estimándolo esta sentenciadora como estrictamente necesario para una acertada resolución de la litis; vengan las partes personalmente, sin perjuicio de la asistencia de sus respectivos apoderados, a audiencia especial, a efectuarse el día Viernes 24 de Noviembre de 2006, a las 11:00 horas, Sala N°6, bajo apercibimiento legal.

Sirva la notificación de la presente resolución como suficiente citación.

Notifíquese por correo electrónico.

Despáchese, sin perjuicio, notificación por carta certificada transcrita.

**RESOLVIÓ DOÑA MARÍA ESTER CASTILLO GRANDÓN, JUEZ TITULAR.-**



**SAN BERNARDO. Veinte de Noviembre de dos mil seis.** Notifiqué por el Estado Diario la resolución precedente.-