IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | C.A. No. 2:06-cv-832-MHT |
| | ) | |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |

**PETITIONER'S RESPONSE
TO RESPONDENT'S MOTION FOR EXTENSION OF TIME**

Contrary to the false assertions in respondent Flavia Cecilia Ruiz Velásquez's ("Ruiz") motion, all relevant Chilean proceedings have been concluded and Ruiz's request to take RMRV to Australia has been expressly *rejected* by the Chilean court. Nevertheless, Ruiz has failed to return RMRV to Chile and is, therefore, in violation of the Court's Opinion[1] and Judgment and Injunction.[2] The Court should deny Ruiz's motion for extension of time[3] and order her (again) to immediately return RMRV to Chile, or to surrender RMRV to petitioner Oscar Manuel Reyes Pastén ("Reyes") so that he can escort her home to Chile.

1.  As a result of the October 11, 2006[4] hearing in this action, the Court found that Ruiz had wrongfully removed RMRV within the meaning of the Hague Convention on the Civil Aspects of International Chile Abduction, and ordered Ruiz to return RMRV home to Chile.[5] "[B]ut so as first to allow resolution of Ruiz's [then] pending request to the Chilean courts to

---

[1] Doc. No. 23.

[2] Doc. No. 24.

[3] Doc. No. 30-1.

[4] The hearing was October 11, 2006, not October 27, 2006 as stated in Ruiz's motion. *See* Doc. No. 22.

[5] Doc. Nos. 23 and 24.

take RMRV to Australia, [the Court gave] Ruiz until November 28, 2006, to return RMRV to Chile."[6]

2.  Contrary to the assertions in Ruiz's motion for extension of time, Ruiz's request to the Chilean court[7] that was pending at the time of the October 11, 2006 was REJECTED at the November 24, 2006 hearing in Chile. A copy of the Chilean Court's minutes from that hearing, and an English translation of them, are attached as <u>Exhibit 1</u>. Thus, the sole basis for Ruiz's request for an extension is not valid, and the request should be denied.

3.  Moreover, the Hague Convention mandates that the Court act expeditiously in this proceeding, and generally requires a decision within six weeks.[8] This action was filed on September 18, 2006[9] -- over 10 weeks ago -- and, therefore, is ripe for a final decision. No further delay in RMRV's return home should be tolerated. Reyes is more than willing to come to the U.S. at his expense to escort his daughter home.

FOR THESE REASONS, Reyes asks the Court to deny Ruiz's motion for an extension and to order Ruiz to immediately return RMRV to Chile, or to surrender RMRV to Reyes so that he can escort his daughter home to Chile. Reyes further asks the Court to grant him all other relief to which he is entitled.

---

[6] <u>Doc. No. 23</u> at 14; <u>Doc. No. 24</u>.

[7] Ruiz's request to the Chilean court was filed on September 8, 2006, not on November 2, 2006 as stated in Ruiz's motion. A copy of Ruiz's petition to the Chilean court was submitted to the Court at the October 11, 2006 hearing and shows the proper date of September 8, 2006.

[8] *Hague Convention*, Art. 11.

[9] <u>Doc. No. 1</u>

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: s/ Scott R. Dayton
   Sylvia Mayer
      Texas Bar No. 00787028
      sylvia.mayer@weil.com
   Scott R. Dayton
      Texas Bar No. 24007093
      scott.dayton@weil.com
   Dolores Cavatore
      Texas Bar No. 24027800
      dolores.cavatore@weil.com

700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:   713-546-5000
Facsimile:   713-224-9511

*Attorneys for Petitioner*
*Oscar Manuel Reyes Pastén*

## CERTIFICATE OF SERVICE

    I hereby certify that, on November 28, 2006, I electronically filed **PETITIONER'S RESPONSE TO RESPONDENT'S MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Boyd F. Campbell
Boyd F. Campbell, P.C.
PO Box 11032
Montgomery, AL 36111-0032
334-832-9090
Fax: 334-832-9071
Email: usvisa@yahoo.com

*Attorney for Respondent*
*Flavia Cecilia Ruiz Velásquez*

/s/    Scott R. Dayton



LANGUAGE SOLUTIONS

THE STATE OF TEXAS }
}
COUNTY OF HARRIS }

## AFFIDAVIT OF ACCURACY

I hereby certify that the translation performed on <u>November 28, 2006</u>, as job number <u>H-9101; Order from Chile Denying Request for Extension of Time Authorizing the Minor Child to Remain Outside of Chile [Reyes v. Velasquez – Civil Action No. 2:06cv832-MHT(WO)]</u> consisting of <u>2</u> pages is a true and accurate translation to the best of our knowledge into <u>English</u> of the document written in <u>Spanish</u>. I further certify that the translator named below is a professional legal translator, qualified to render an accurate translation.

<u>Maria Cristina Bilbao</u>
Name of Translator

Signature of Project Manager

BEFORE ME, the undersigned Notary Public, appeared Lu Waterhouse, having first been placed under oath, she stated that she is the person whose signature appears affixed to the foregoing statement, and she further stated under oath, that what said statement contains, is of her personal knowledge, true and correct.

Subscribed and sworn to before me this 28th day of November, 2006

Notary Public in and for the State of Texas

My commission expires: October 7, 2007

## DESCRIPTION OF PREPARATORY MEETING

**DATE:** SAN BERNARDO, NOVEMBER 24, 2006
**RIT:** Z-594-2006, **RUC:** 06-2-0260559-k
**ISSUE:** OTHER CHILD CARE ISSUES, MOVE ABROAD
**JUDGE:** MARIA ESTER CASTILLO GRANDON
**RESPONSIBLE FOR MINUTES:** ANA MARIA MARTINEZ S.
**PETITIONER:** FLAVIA CECILIA VELASQUEZ RUIZ
**IDENTITY DOCUMENT:** 10.668.447-2
**DOMICILE:** 432 TOWN LAKE PLACE, MONTGOMERY, AL 36117
Email: geofavlia21@gmail.com
**LEGAL REPRESENTATIVE:** CLAUDIA CANDIANI VIDAL
**DOMICILE:** MONEDA 973, OFICINA 634, SANTIAGO
Email: candiani_abogados@yahoo.com
**RESPONDENT:** OSCAR MANUEL REYES PASTEN
**IDENTITY DOCUMENT:** 11.729.992-9
**DOMICILE:** CHACABUCO 317, SAN FELIPE
oreye002@hotmail.com
**LEGAL REPRESENTATIVE:** EMILIO OELCKERS SAINZ
**DOMICILE:** PORTUS 152, SAN FELIPE
Email: hoelckers2001@yahoo.com.ar
**MINOR CHILD:**     ROCIO MEZTLI REYES LEVASQUEZ
*******************************************************************

## MEETING MINUTES.
## BEGINNING

During the meeting the respondent states that his legal representative is present in this meeting and holds a power of attorney issued for these proceedings by attorney at law EDUARDO BERRIOS.

**PETITIONER:** States that she ratifies her petition in all of its parts.

**RESPONDENT:** The Respondent rejects the petition based on the inaccuracy of its arguments, and on the fact that the Petitioner failed to offer the opportunity for the father to visit and communicate by phone with the minor child. The Respondent also states that the Petitioner failed to comply with the alleged purpose of the move abroad, which was to complete a graduate degree.
A motion for an extension was requested, which should have been submitted as a new petition.

**DECISION: WHEREAS:**

The meeting is held with the attendance of the legal repetitive of the Petitioner and the father of the minor child and his legal representative, duly identified above,

1.- That the order granted to the minor child authorizing her to leave the country, according to the decision in First Instance dated August 28, 2003, issued by the Juvenile Court of San Bernardo, and later confirmed by the I Court of Appeals of San Miguel, on October 30, 2003, decisions that were executed according to certificate incorporated in page 197, dated November 24, 2003, of legal file N°25.973-03 of the Juvenile Court of San Bernardo, has currently expired.

2.- That the a petition for an extension of said authorization was submitted before the Juvenile Court of San Bernardo, requesting authorization for the minor child to remain outside of the country for the same period approved, based on the working circumstances of the new family, as alleged by the Petitioner, without issuing the Court a decision in this regard.

3.- That on September 29, 2006, this Family Court of San Bernardo received the legal file for the aforementioned proceedings.

4.- That according to the aforementioned arguments, this Court has received a petition to issue a decision related to the request by the mother of the minor child to extend the authorization for the minor child to remain outside of the country, which period of approval has already expired.

5.- That without prejudice of the foregoing, and according to the provisions of Article 2° transitory, of law 19.968 which established the Family Courts, these Family Courts have subject matter jurisdiction over cases where a decision is related to terms issued by the Juvenile Courts, as in this case. Therefore, according to the aforementioned regulation, the decision to extend a previous decision that was already executed cannot be granted, but a new authorization could be requested, and according to the provisions of articles 26 and following articles of Law 19.968, it is hereby decided:

To reject the request, without prejudice of other rights that could be claimed by the petitioner.

The meeting ends and the parties are notified accordingly.

**PRESIDED BY THE JUDGE MARIA ESTER CASTILLO GRANDON.**

(These minutes represent a summary of the meeting, which was fully recorded in audio)
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### INDIVIDUALIZACION AUDIENCIA PREPARATORIA

**FECHA:** SAN BERNARDO, 24 DE NOVIEMBRE DE 2006
**RIT:** Z-594-2006, **RUC:** 06-2-0260559-k
**MATERIA:** OTROS CUIDADOS DEL NIÑO, SALIDA DEL PAIS
**JUEZ:** MARIA ESTER CASTILLO GRANDON
**ENCARGADO DE ACTA:** ANA MARIA MARTINEZ S.
**DEMANDANTE:** FLAVIA CECILIA VELASQUEZ RUIZ
**CEDULA DE IDENTIDAD:** 10.668.447-2
**DOMICILIO:** 432 TOWN LAKE PLACE, MONTGOMEY, AL 36117
Correo electrónico: geofavlia21@gmail.com
**APODERADO:** CLAUDIA CANDIANI VIDAL
**DOMICILIO:** MONEDA 973, OFICINA 634, SANTIAGO
Correo electrónico: candiani_abogados@yahoo.com
**DEMANDADO:** OSCAR MANUEL REYES PASTEN
**CEDULA DE IDENTIDAD:** 11.729.992-9
**DOMICILIO:** CHACABUCO 317, SAN FELIPE
oreye002@hotmail.com
**APODERADO:** EMILIO OELCKERS SAINZ
**DOMIICILIO:** PORTUS 152, SAN FELIPE
Correo hoelckers2001@yahoo.com.ar
**MENOR:** ROCIO MEZTLI REYES LEVASQUEZ
**********************************************************************

### ACTA DE AUDIENCIA.
### INICIO

En este acto la parte demandada hace presente que su apoderado comparece en virtud de delegación de poder conferido en autos por don el abogado Sr. EDUARDO BERRIOS.

**DEMANDANTE:** Señala que ratifica la solicitud en todas sus partes.

**DEMANDADO:** Demandado rechaza la petición, en razón a que los argumentos contenidos en la petición son falsos, además, basado en que la demandante no dio las facilidades permitir las visitas del padre y ni las comunicaciones telefónicas de éste con la menor. Además no cumplió con el objetivo planteado del viaje, cual era la realización de un post grado.
Además se solicitó una prórroga, como incidente y debiendo haber sido planteado como una nueva solicitud,

**RESOLUCION**: **VISTOS Y OIDOS:**

Que habiéndose celebrado la audiencia especial con asistencia de la apoderado de la solicitante y del padre de la menor y su apoderado, ya individualizadas

1.- Que el permiso otorgado para que la menor saliera del país, contenido en sentencia de Primera Instancia de fecha 28 de Agosto del año 2003, dictada por el Juzgado de Letras de Menores de San Bernardo y confirmada por la I. Corte de Apelaciones de San Miguel con fecha 30 de Octubre del año 2003, resoluciones que se encuentran ejecutoriadas según certificado a fojas 197,de fecha 24 de Noviembre de 2003, todas de la causa rol N°25.973-03 del Juzgado de Letras de Menores de San Bernardo, se encuentra vencido.

2.- Que ante el Tribunal de Menores de San Bernardo, se presentó solicitud de prórroga del permiso para que la menor permaneciera fuera del país, por el mismo tiempo autorizado, en atención a circunstancias laborales respecto de su nueva familia, alegadas por la solicitante, no habiéndose pronunciado el Tribunal al respecto..

3.- Que con fecha 29 de Septiembre del año 2006, se recepcionaron por este Tribunal de Familia de San Bernardo, los autos precedentemente individualizados,

4.- Que según se desprende de los razonamientos precedentes, este Tribunal ha recepcionado una causa con el objeto de pronunciarse respecto de la solicitud de la madre de la menor de prolongar la autorización con que ésta cuenta para permanecer fuera del país, plazo autorizado que a la fecha se encuentra vencido.

5.- Que sin perjuicio de lo anterior y de conformidad a lo dispuesto en el artículo 2° transitorio de la ley 19.968 que crea los Tribunales de Familia, éstos son competentes para conocer de aquellas causas con sentencia de término, derivadas de los Juzgados de Letras de Menores, cuyo es el caso, por lo que conforme a la norma citada y no correspondiendo en la especie solicitar un pronunciamiento acerca de la prolongación de una resolución ya ejecutoriada, sino una nueva autorización, y visto lo dispuesto en ,los artículos 26 y siguientes de la Ley 19.968, se declara:

Se rechaza la solicitud, sin perjuicio de otros derechos que pudieran corresponderle a la solicitante.

Se pone término a la presente audiencia, quedando las partes notificadas personalmente.

**CONDUJO DOÑA MARIA ESTER CASTILLO GRANDON, JUEZ.**
(Esta acta es un resumen de la audiencia, la que fue registrada íntegramente en audio)