# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   November 29, 2006          AT  2:10   A.M./P.M.

DATE COMPLETED   November 29 , 2006         AT  2:31   A.M./P.M.

OSCAR MANUEL REYES PASTEN
          plaintiff

     v.                                     Civil Action
                                            2:06-cv-832-MHT
FLAVIA CECILIA VELASQUEZ
          defendant

---

|   PLAINTIFF(S)       |  APPEARANCES  |  DEFENDANT(S)       |
|----------------------|---------------|---------------------|
| Atty Scott R. Dayton |       X       | Atty Boyd F. Campbell |
|                      |       X       |                     |
|                      |       X       |                     |

COURT OFFICIALS PRESENT:

| Anthony Green,   | Danielle Goldstein, | Risa Entrekin, |
| Courtroom Clerk  | Law Clerk           | Court Reporter |

---

PROCEEDINGS:

( )  NONJURY TRIAL
(X)  OTHER PROCEEDING       TELEPHONE CONFERENCE

| | |
|---|---|
| 2:10 p.m. | Telephone conference commenced regarding [30] Motion for Extension of Time. Defendant's oral presentation for pursing extension. Plaintiff's objection to motion. Matter taken under advisement, order to issue. |
| 2:31 p.m. | Conference concluded. |