IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| OSCAR MANUEL REYES PASTÉN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | C.A. No. 2:06-cv-832-MHT |
| ) | |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, ) | |
| ) | |
| Respondent. ) | |

**PETITIONER'S SUPPLEMENTAL RESPONSE
TO RESPONDENT'S MOTION FOR EXTENSION OF TIME**

1. The Hague Convention on the Civil Aspects of International Chile Abduction mandates that "[w]here a child has been wrongfully removed or retained . . . the authority concerned *shall* order the return of the child *forthwith*."[1] The Court has already found that respondent Ruiz has wrongfully removed RMRV within the meaning of the Convention.[2] The Court, therefore, is required to order RMRV returned home to Chile "forthwith." The Convention simply does not allow for the extension of time Ruiz seeks, and the Court has been more than generous in granting Ruiz in excess of seven weeks since the October 11, 2006 hearing to pursue her failed Chilean action. Indeed, the time allowed since the October 11, 2006 hearing alone is longer than the time the Convention contemplates for the entire proceeding.[3]

2. Moreover, Ruiz will have ample opportunity to pursue her new, yet-to-be-filed Chilean litigation once RMRV is back where she belongs—home in Chile. Indeed, as other courts have noted, the Court's role is "to determine in what jurisdiction the child should be

---

[1] *Convention on the Civil Aspects of International Child Abduction*, Art. 12, Oct. 25, 1980, T.I.A.S. No. 11670, 1343 U.N.T.S. 89, *reprinted in* 1988 WL 411501 [hereinafter *Hague Convention*] (emphasis added).

[2] Doc. Nos. 23 and 24.

[3] *Hague Convention*, Art. 11.

physically located, so that the proper jurisdiction can make custody decisions."[4] In this case, that jurisdiction is undeniably Chile.

  3. Finally, regarding the harm that would be caused by any further delay in RMRV's return home, petitioner Reyes states that he has endured being wrongfully separated from and denied all access to his daughter for over three years. There is no valid reason to prolong Reyes's emotional torture. Reyes submits the attached email from Reyes to Ruiz's husband, Brian Jones, desperately seeking information about his beloved daughter. It demonstrates that, in the words of William Gladstone, "justice delayed is justice denied" in this case.

  FOR THESE REASONS, and those stated in Reyes's initial response[5] and at the November 29, 2006 hearing, Reyes asks the Court to deny Ruiz's motion for an extension and to order Ruiz to immediately return RMRV to Chile, or to surrender RMRV to petitioner Oscar Manuel Reyes Pastén ("Reyes") so that he can escort her home to Chile. Reyes further asks the Court to grant him all other relief to which he is entitled.

---

[4] Loos v. Manuel, 651 A.2d 1077, 1079 (N.J. Super. Ct. Ch. Div. 1994).

[5] Doc. No. 31-1.

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: _s/ Scott R. Dayton_____
    Sylvia Mayer
        Texas Bar No. 00787028
        sylvia.mayer@weil.com
    Scott R. Dayton
        Texas Bar No. 24007093
        scott.dayton@weil.com
    Dolores Cavatore
        Texas Bar No. 24027800
        dolores.cavatore@weil.com

700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:    713-546-5000
Facsimile:    713-224-9511

*Attorneys for Petitioner*
*Oscar Manuel Reyes Pastén*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 30, 2006, I electronically filed **PETITIONER'S SUPPLEMENTAL RESPONSE TO RESPONDENT'S MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Boyd F. Campbell
Boyd F. Campbell, P.C.
PO Box 11032
Montgomery, AL 36111-0032
334-832-9090
Fax: 334-832-9071
Email: usvisa@yahoo.com

*Attorney for Respondent*
*Flavia Cecilia Ruiz Velásquez*

                /s/      Scott R. Dayton_____

```
>
>De: Reyes Pasten Oscar (Andina)
>Enviado el: Wednesday, October 20, 2004 6:54 AM
>Para: 'bjones@ocean.tamu.edu'
>Asunto: Rocio de luna
>
>Brian,
>           Passed two months, and Flavia not comunicate whith me,  i have been a
>patient, but she dont answer the mail than I send her (to
>geoflavia21@hotmail.com).
>           I want to know how are my daughter ,I want to speak with her.
>           I no feel good , i dream playing with her, listen your voice.
>
>           Attentively and with grief
>
>           Oscar Reyes Pastén
>           Addres: Maipu N°10, San Felipe, Quinta region, Chile.
>           Phone: 56 34 517810
>           mail: oreye002@codelco.cl       oreye002@hotmail.com
>Este mensaje es de naturaleza confidencial y puede contener información
>protegida por normas de secreto y propiedad intelectual. Si usted ha
>recibido este correo electrónico por error, le agradeceremos se comunique
>inmediatamente con nosotros por este misma vía y tenga además la amabilidad
>de borrar el mensaje y sus adjuntos; así mismo, usted no debera copiar el
>mensaje ni sus adjuntos ni divulgar su contenido a ninguna persona. Muchas
>gracias.
>
>THIS MESSAGE IS CONFIDENTIAL BY ITS NATURE. IT MAY ALSO CONTAIN INFORMATION
```