IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 NOV 30 A 11: 51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| OSCAR MANUEL REYES PASTÉN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. |
| ) | 2:06cv832-MHT |
| FLAVIA CECILIA RUIZ VELÁSQUEZ ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW MOTION TO STRIKE

The defendant moves this honorable court to allow her to withdraw her motion to strike the plaintiff's motion for costs and fees on the following grounds:

1. While the defendant believes the plaintiff filed his motion for costs and fees too early, she does not believe justice would be served by litigating the issue of whether the plaintiff complied with the requirements of 42 U.S.C. §11607(b)(3).

2. Because the defendant is unemployed and has no funds to pay fees and costs, she has concluded that litigating the issue of timeliness would serve no useful purpose.

Accordingly, the defendant hereby moves this honorable court to allow her to withdraw her motion to strike the plaintiff's motion for costs and fees.

Respectfully submitted on this 30th day of November, 2006.

_____
BOYD F. CAMPBELL     ASB-8517-C66B
Attorney for Defendant

COUNSEL'S ADDRESS:
BOYD F. CAMPBELL, L.L.C.
441 Martha Street

P.O. Box 11032
Montgomery, Alabama 36111-0032
Telephone: 334-832-9090
Facsimile: 334-832-9071

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon counsel for the plaintiff via facsimile and via first class mail, postage prepaid and properly addressed, to:

Weil Gotshal & Manges LLP
ATTN: Sylvia Mayer, Scott R. Dayton, Dolores Cavatore
700 Louisiana, Suite 1600
Houston, Texas 77002

BOYD F. CAMPBELL