IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


OSCAR MANUEL REYES PASTÉN, )
                          )
     Plaintiff,           )
                          )          CIVIL ACTION NO.
     v.                   )          2:06cv832-MHT
                          )
FLAVIA CECILIA RUIZ       )
VELÁSQUEZ,                )
                          )
     Defendant.           )

ORDER

It is ORDERED as follows:

(1) The motion to withdraw (doc. no. 34) is granted.

(2) The motion to strike (doc. no. 27) is withdrawn.

DONE, this the 1st day of December, 2006.


                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE