# BOYD F. CAMPBELL, L.L.C.
ATTORNEY AND CIVIL LAW NOTARY

P.O. Box 11032, Montgomery, AL 36111-0032 U.S.A.

Telephone: (334) 832-9090 • Telefax: (334) 832-9071

RECEIVED
2006 NOV 30 A 11: 51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**MEMORANDUM**

FROM: Boyd F. Campbell

TO: Hon. Myron H. Thompson

SUBJECT: Reyes-Pasten v. Velasquez-Ruiz, Civil Action No. 2:06cv832-MHT

DATE: November 30, 2006

---

During Wednesday's conference all, you asked me when Mrs. Velasquez-Ruiz's Chilean lawyer would file a new petition in the San Filipe family court to request permission for Mrs. Velasquez-Ruiz to take RMRV to Australia.

Mrs. Velasquez-Ruiz's Chilean lawyer has informed me that the new petition will be filed in the San Filipe family court on Friday, December 1.

I am notifying counsel for Mr. Reyes-Pasten of this information.