IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC -5  P 12: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| OSCAR MANUEL REYES PASTÉN )  |  |
| ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) | CIVIL ACTION NO. |
| ) | 2:06cv832-MHT |
| FLAVIA CECILIA RUIZ VELÁSQUEZ ) |  |
| ) |  |
| Defendant. ) |  |

### DEFENDANT'S MOTION TO MODIFY SUPPLEMENTAL JUDGMENT AND INJUNCTION

The defendant moves this honorable court to modify the Supplemental Judgment and Injunction issued on December 1, 2006, on the following grounds:

1. The court raised a concern that defendant would not take RMRV to Chile and would, instead, take RMRV to Australia. Australia is a Hague Treaty signatory. Defendant was aware that RMRV would not be admitted to Australia without the written permission of both parents or an order from a Chilean family court, which was the reason for defendant's pursuit of permission in the San Bernardo family court. (Please see attached pages from the Australian Government's website.)

2. Defendant is very concerned that the following paragraph is, in effect, a change in custody:

> "(5) Upon presentation to this court of an affidavit from counsel for respondent Ruiz stating that he has personally witnessed that respondent Ruiz has turned over RMRV to petitioner Reyes, the court will return respondent Ruiz's passport to her and will dissolve the prohibition that respondent Ruiz not take RMRV out of the jurisdiction of the court."

Defendant is terrified that upon obtaining custody of RMRV and returning her to Chile, petitioner Reyes will take RMRV from her. Further, defendant is very worried about the psychological and emotional effects on RMRV if petitioner Reyes obtains custody of RMRV and travels with her to

Chile.

3. In addition to a change in custody, defendant is concerned that paragraph 5 of the court's Supplemental Judgment and Injunction will be persuasive if used by petitioner Reyes to work a change in custody in a Chilean family court.

4. Defendant has made her own arrangements to take RMRV to Chile on December 12 (please see attached flight schedule), will travel to Chile with RMRV if allowed to do so by the court, and will do so under the supervision of United States Marshals if it pleases the court. Counsel for defendant will provide a sworn affidavit to the court on December 13, verifying that defendant has flown with RMRV to Chile and will provide residence and contact information to petitioner Reyes as follows: Madrid 411, Huachocopihue, Valdivia, Chile, telephone +56-63-2789041. Counsel for defendant will also provide a sworn affidavit to the court no later than December 15, confirming that defendant has taken RMRV to the foregoing address in Chile.

Accordingly, the defendant respectfully requests that the court will modify its Supplemental Judgment and Injunction to eliminate the change in custody and allow defendant to return RMRV to Chile on December 12.

Respectfully submitted on this 5th day of December, 2006.

_____
BOYD F. CAMPBELL        ASB-8517-C66B
Attorney for Defendant

COUNSEL'S ADDRESS:
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P.O. Box 11032
Montgomery, Alabama 36111-0032
Telephone: 334-832-9090
Facsimile: 334-832-9071

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon counsel for the plaintiff via facsimile and via first class mail, postage prepaid and properly addressed, to:

Weil Gotshal & Manges LLP
ATTN: Sylvia Mayer, Scott R. Dayton, Dolores Cavatore
700 Louisiana, Suite 1600
Houston, Texas 77002

_____
BOYD F. CAMPBELL

**DEPARTMENT OF IMMIGRATION AND MULTICULTURAL AFFAIRS IN WASHINGTON DC**

**TEMPORARY WORK**

Retirement (410)

**Exchange (411)**

Special Program (416)

Working Holiday (417)

Visiting Academic (419)

Entertainment (420)

Medical Practitioner (422)

Religious Worker (428)

Supported Dependent (430)

Occupational Trainee (442)

Long Stay Business (457)

NZ Citizen (461)

### EXCHANGE VISA (SUBCLASS 411)

**Purpose of Visa**
This visa allows the temporary stay of skilled people wanting to come broaden their work experience and skills under reciprocal arrangemer Australian residents similar opportunities overseas. It also includes pe entry under certain bilateral exchange agreements, however it does n applicants intending to student teach in Australia. In this instance, ple subclass 442 (Occupational Trainee).

**Medical Requirements**
Assessment against the health criteria can be required to be by forma examination and xray in some circumstances. This depends on your le the environment in which you have been travelling or living, your gene your proposed activities in Australia. Please see form 1163i which give the requirements and be sure to read the special significance provisio the table.

**Character Requirements**
All applicants over the age of 16 must meet character requirements be be granted. You may be asked to provide additional information, inclu clearance certificates, once you have submitted your application.

**How To Apply**

*You may lodge your application in person or by mail. If you choo your application by mail, we strongly recommend that you use a trackable mail to enable you to track the safe delivery of your do*

. Complete Form 147 with one passport-sized photo attached for eac included in the application.

. Self-address/stamped Express Mail envelope from the US Postal Se quickly return your documents to you once your application is decided do not provide return postage, we will return your documents by regul are not responsible for tracking or timeliness of return. If you live outsi States, we will contact you when we finalise your application to arrang documents.

**Documents to be included with application:**
. Valid and signed passport for each person included on the applicatio sure to include your original passport.

. Letter from the "reciprocating organisation overseas" (eg outside Aus specifying:

1. the full name of the visa applicant going on exchange;

2. the job title (if any) and the duties of the applicant's current employ

3. details of the exchange eg brief history, purpose, name of the Aus organisation(s) party to the exchange and the period of exchange.

. Letter from the Australian organisation providing:

1. confirmation that arrangements are in place to employ the applica

2. job title, proposed duties and proposed period of employment;

3. full name of the Australian resident employee who will be travellin exchange; and

4. confirmation that the resident's position (or an equivalent position) available to the resident on completion of the exchange.

. Original or notarised copies of the Birth Certificate for all members of than 18 years of age included on the application.

. Original or notarised copy of Marriage Certificate.

. Original or notarised copy of final divorce decree or legal separation any child custody documents. Where there are visitation rights, a cour notarised permission from the non-travelling parent is required.

**If staying longer than 12 months:**

. Completed Form 26 - Medical Examination with attached passport-si each person included on the application.

. Completed Form 160 - Radiological Report with attached passport-si each person included on the application aged 11 years or older.

*Please refer to paragraph above (entitled "Medical Requirements") for information regarding health criteria as it may be required regardless ( stay.*

. Police certificate attesting to the character of each person included o application aged 16 years or older. Please see form 47P. Please click clearance application process.

**Where To Apply**
You should apply at the Australian mission closest to your usual count Click here for a list of offices worldwide.

PLEASE NOTE THAT ALL TEMPORARY ENTRY APPLICATIONS RI **AROUND 2WEEKS** FOR PROCESSING. CERTAIN SUBCLASSES, I SUBCLASS 428 (RELIGIOUS WORKER) MAY TAKE LONGER TO P

*Embassy of Australia*

*Department of Immigration and Multicultural Affairs*

*1601 Massachusetts Ave NW, Washington DC 20036-2273*
*t 202.797.3000 . f 202.797.3100*

*Counter hours:*
*Mon.-Fri. 9:00 -11:00 am*

faqs :: fees & forms :: contact us :: disclaimer :: privacy policy

HOME   ABOUT SMARTFARES   MY RESERVATION

**FLIGHTS**   **HOTELS**

Modify your search

Please review your flight details below and complete the reservation form to secure your flight. To change your flight, please click back to select a different flight to take.

**Departure Airport:**
West B Hartsfield, Atl

**Destination Airport:**
Pichoy, Valdivia CL

**Departing: (MM/DD/YY)**
12/12/2006

[any time]

**Airline:**
No Preference

**Cabin**
Coach

**Adults**
1

**Children**
2

**Infants in Lap**
0

[Locate Flights]

Date: Tue 12-Dec   Duration: 19hr 40mn

DEPARTS: 07:55 PM from West B Hartsfield, Atlanta
ARRIVES: 09:48 PM to Miami Intl, Miami

Delta Air Lines
1171, Coach, No Stops

connection in Miami Intl, Miami (MIA) 1 Hour 32 Minutes

DEPARTS: 11:20 PM from Miami Intl, Miami
ARRIVES: 09:35 AM to A Merino Benitez, Santiago

Lan Chile Airlines
5503, Coach, No Stops
Operated By American Airlines

connection in A Merino Benitez, Santiago (SCL) 5 Hours 45 Minutes

DEPARTS: 03:20 PM from A Merino Benitez, Santiago
ARRIVES: 05:35 PM to Pichoy, Valdivia

Lan Chile Airlines
249, Coach, Stops: 1

| Passenger Type | Passengers | Ticket Price | Taxes & Fees | Total |
|---|---|---|---|---|
| Adult | 1 | $1,220.00 | $67.90 | $1,287.90 |
| Child | 2 | $926.00 | $67.90 | $1,987.80 |

Insurance:   $0.00

Total of sale:   $3275.70 USD

## Testimonials

The tickets arrived this morning - before noon!

This is more help then I have received from any other web service or agency...

She was extrememely friendly, professional, patient...

Having a compassionate person to deal with in times of emergency makes all the difference in the world.

I had a wonderful trip from take off to return.

The reason I am writing this mail to let you know that you have the greatest customer service that I even got.

I can not begin to express how happy and satisfied I am with your customer support...

...I have been very impressed with the caliber of service I have received so far with your company.

Not only did I get the lowest

## Insurance

☐ Protect yourself from trip cancellation, stolen baggage or travel delays with Travel Guard trip protection for only $39.95 per person. Policy Details

## Passenger Information

| | First Name* | Last Name* | Email* | Frequent Flyer # | Meal |
|---|---|---|---|---|---|
| 1 (Adult) | | | | | [No Preference] |
| 2 (Child) | | | | | [No Preference] |
| 3 (Child) | | | | | [No Preference] |

## Billing Information

Final Total   $3275.70 USD

*Credit Card Number

*Card Verification Number

Please enter the 3- or 4-digit code that appears on the front or back of your credit card. (Optima card holders will see these digits above the card number to the left.)

American Express Business

321345

*Expiration

https://www.smartfares.com/Engine/Passenger.asp?MODE=NEW&FARE=414465617&ID=3779481...   12/4/2006