IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | C.A. No. 2:06-cv-832-MHT |
| | ) | |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |

**PETITIONER'S RESPONSE TO RESPONDENT'S
MOTION TO MODIFY SUPPLEMENTAL JUDGMENT AND INJUNCTION**

Respondent Ruiz clearly does not like the consequences of her actions in denying Petitioner Reyes all contact with his daughter for the last three years and in violating the Chilean orders. Nevertheless, the Court's opinions and judgments in this action are fair, just, and consistent with the requirements of the Hague Convention on the Civil Aspects of International Child Abduction. Ruiz's conduct proves that she is not to be trusted and her frivolous motion[1] should be denied. Reyes will be in the United States in approximately 36 hours to be available to pick up RMRV.

**A.    Australia's Adoption of the Hague Convention Is Irrelevant.**

1.    True, Australia is a signatory to the Hague Convention. But that is irrelevant. Is Ruiz suggesting that the Court should disregard the danger of her fleeing to Australia with RMRV because, if she does, Reyes could then file an action under the Hague Convention in Australia? Obviously, that is not an acceptable outcome in this action.

---

[1] Doc. No. 39.

  2. And Ruiz's assertion that she filed the Chilean action solely so that she could legally take RMRV to Australia (*i.e.*, that she would have filed it even absent the U.S. litigation filed by Reyes) is <u>highly</u> suspect given: (a) that RMRV told Reyes at a break during the October 11, 2006 hearing that many of her belongings are on a boat on the way to Australia; (b) that Ruiz filed the Chilean action only after she was served with the Texas action (long after she knew her husband would be going to Australia);[2] (c) that Ruiz moved to Alabama in violation of the Chilean court order; and (d) that Ruiz never attended Texas A&M University, which was the pretext she used to dupe the Chilean court into granting her permission to take RMRV to Texas. Rather, Ruiz most likely commenced the Chilean action as part of her strategy in combating Reyes's legal proceedings in the United States.

**B. The Court's Judgments Do Not Work A Change In Custody.**

  3. Nowhere does the Court's judgment purport to grant Reyes custody of RMRV. Rather, the Court's judgment requires Ruiz to give Reyes *possession* of RMRV for her journey back home to Chile. If Ruiz is arguing that Reyes is never allowed to be alone with or have possession of his own daughter, that certainly isn't the case. Indeed, as discussed in Reyes's Petition, the Chilean courts have granted Reyes access rights to RMRV,[3] which means he is entitled to exclusive possession of RMRV at various times, including the upcoming Holiday Season.[4] Reyes's possession of his daughter for the trip back to Chile is no more a change in custody than his possession of RMRV during the visitation periods ordered by the Chilean courts.

---

[2] Doc. No. 1-1 ¶ 15 (showing that Ruiz was served notice of the Texas action on June 23, 2006).

[3] Doc. No. 1-1 ¶¶ 13, 46-49.

[4] Doc. No. 1-1 ¶¶ 13, 46-49.

4.     Moreover, the Court's order allows Ruiz to accompany Reyes and RMRV on the trip back to Chile.[5] Reyes's counsel has attempted to confer with Ruiz's counsel by telephone and by correspondence[6] on several occasions to arrange for that, but all that was received in response to those efforts was the Motion to Modify.

**C.     RMRV Will Not Be Adversely Affected By Her Father.**

5.     Reyes is RMRV's father. He loves her and has gone to great lengths and expense attempting to maintain his relationship with her despite Ruiz's concerted effort to destroy the father-daughter bond. Ruiz's argument that RMRV somehow will be harmed by her father escorting her back home is baseless nonsense. No doubt, Ruiz's conduct in preventing all communication between Reyes and his daughter has had an emotional effect on RMRV. But by escorting RMRV back to Chile, Reyes will be taking the first step in healing the damage caused by Ruiz.

**D.     Ruiz Confuses Her Moral Character For Reyes's.**

6.     Ruiz baselessly argues that she is "terrified" that Reyes will take RMRV from her once she is in Chile. While that is precisely what Ruiz has done to Reyes over the past three years, Reyes has in the past and will in the future respect the Chilean custody orders in effect. Regardless, once RMRV is in Chile, all custody issues can be addressed by the Chilean courts. This Court's function is to see that RMRV is returned home to Chile in the safest and most reliable manner. Based on Ruiz's track record, Reyes is the safe and logical choice to escort RMRV home.

---

[5]   Doc. No. 36 ¶ 6.

[6]   See Exhibit 1, December 4, 2006 correspondence from S. Dayton to B. Campbell; Exhibit 2, December 4, 2006 email from S. Dayton to B. Campbell.

### E. The Effects Of Ruiz's Conduct On Chilean Proceedings Is Irrelevant.

7. Ruiz argues that the Court's judgment may adversely affect her proceedings and legal rights in Chile. Maybe so. We reap what we sow. Regardless, Chilean litigation is a matter for Chilean courts.

### F. Ruiz Must Not Be Trusted To Return RMRV Home To Chile.

8. Reyes has been trying to coordinate RMRV's return to Chile with Ruiz, but to no avail. The next business day after receiving the Court's December 1, 2006 Opinion and Judgment, Reyes's counsel informed Ruiz's counsel by letter that Reyes would be arriving in the United States on December 6, 2006 to be available to pick up RMRV, and inquired about convenient dates for Reyes to do so.[7] Reyes's counsel also sent Ruiz's counsel flight information for discussion.[8] The Motion to Modify is the only response Reyes's counsel has received in response to these efforts.

9. Rather, and despite her representations to the Court that she lacked funds to do so, Ruiz purports to have "made her own arrangements to take RMRV to Chile on December 12 . . . ." Ruiz attaches a "flight schedule" to her motion, apparently as evidence of her "arrangements." But the flight schedule is just that – a <u>flight schedule</u>. It is <u>not</u> a reservation or proof of any travel arrangements made by Ruiz. Indeed, neither Ruiz's nor RMRV's names appear anywhere on the "flight schedule."

10. In truth, the flight schedule attached to Ruiz's motion is nothing more than a printout from the website "www.smartfares.com." Using that same website, counsel for Reyes has successfully manufactured an identical "flight schedule" showing that Elvis Presley also has

---

[7] See <u>Exhibit 1</u>, December 4, 2006 correspondence from S. Dayton to B. Campbell. Reyes's arrival date in the U.S. has since changed to Thursday, December 7, 2006.

[8] See <u>Exhibit 2</u>, December 4, 2006 email from S. Dayton to B. Campbell.

a reservation on the flight Ruiz purports to have a reservation on with RMRV. *See* Exhibit 3. Using a standard website printout in this manner is exactly how Ruiz was able to trick the Chilean court into believing that she had been offered admission to Texas A&M, when in truth she had not.

11. Finally, Reyes has already made expensive reservations to come to the U.S. immediately, so as to comply with the Court's December 15, 2006 deadline.[9] He will be here in approximately 36 hours and there is no valid reason for him not to be allowed to carry out the Court's December 1, 2006 judgment.

FOR THESE REASONS, Reyes asks the Court to deny Ruiz's Motion to Modify Supplemental Judgment and Injunction, and to grant him all other relief to which he is entitled.

      Respectfully submitted,

      WEIL, GOTSHAL & MANGES LLP

By: s/ Scott R. Dayton
   Sylvia Mayer
   Texas Bar No. 00787028
   sylvia.mayer@weil.com
   Scott R. Dayton
   Texas Bar No. 24007093
   scott.dayton@weil.com
   Dolores Cavatore
   Texas Bar No. 24027800
   dolores.cavatore@weil.com
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:   713-546-5000
Facsimile:   713-224-9511

*Attorneys for Petitioner*
*Oscar Manuel Reyes Pastén*

---

[9] Doc. No. 36 ¶ 4.

## CERTIFICATE OF SERVICE

I here by certify that, on December 5, 2006, I electronically filed **PETITIONER'S RESPONSE TO RESPONDENT'S MOTION TO MODIFY SUPPLEMENTAL JUDGMENT AND INJUNCTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Boyd F. Campbell
Boyd F. Campbell, P.C.
PO Box 11032
Montgomery, AL 36111-0032
334-832-9090
Fax: 334-832-9071
Email: usvisa@yahoo.com

*Attorney for Respondent*
*Flavia Cecilia Ruiz Velásquez*


                                                /s/     Scott R. Dayton

# WEIL, GOTSHAL & MANGES LLP

700 LOUISIANA
SUITE 1600
HOUSTON, TEXAS 77002

(713) 546-5000
FAX: (713) 224-9511

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE

713/546-5216
scott.dayton@weil.com

December 4, 2006

*Via Facsimile and Email:*
Mr. Boyd F. Campbell
Attorney at Law
P. O. Box 11032
Montgomery, AL 36111-0032

Re:   Civil Action No. 2:06cv832-MHT; *Oscar Manuel Reyes Pastén vs. Flavia Cecilia Ruiz Velásquez*; In the United States District Court for the Middle District of Alabama, Northern Division

Dear Boyd:

Mr. Reyes will be arriving in the United States on Wednesday, December 6, 2006, to pick up RMRV. Please let me know convenient times and locations for Mr. Reyes to take possession of RMRV as soon as possible after December 6th. The return flights to Chile are filling up quickly due to the holiday travel season, so Mr. Reyes needs to make the reservations for him and RMRV to return to Chile as soon as possible.

Also, please let me know whether Ms. Ruiz will be accompanying Mr. Reyes and RMRV back to Chile. Given her representations to the Court that she does not have the means to travel to Chile, I assume she will not be. But if she will, we will need to coordinate and book flight reservations as soon as possible before flights fill up.

Finally, please let me know when I should expect to receive reimbursement for the costs and expenses assessed against Ms. Ruiz.

Please call if you have any questions or problems.

Sincerely,

Scott R. Dayton



HO1:\341632\01\7BLS01!.DOC\99995.2438

Scott Dayton/HO/WGM/US     To   usvisa@yahoo.com
12/04/2006 04:39 PM     cc   Dolores Cavatore/HO/WGM/US@WGM, Linda Calles/HO/WGM/US@WGM
    bcc   Pro Bono Reyes Email File@WGM; oreye002@hotmail.com; Tricia Patterson/HO/WGM/US@WGM
    Subject   Reyes v. Ruiz--Flight Arrangements

Boyd,

Below is the flight information Mr. Reyes has so far.

Please call to discuss.

Regards,

Scott R. Dayton
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
713-546-5216 (direct)
713-224-9511 (fax)
scott.dayton@weil.com
----- Forwarded by Scott Dayton/HO/WGM/US on 12/04/2006 04:38 PM -----



Oscar Manuel Reyes Pastén
<oreye002@hotmail.com>
12/04/2006 04:21 PM
    To   scott.dayton@weil.com
    cc   linda.calles@weil.com
    Subject   FW: RESERVA Y VALOR

```
Scott

this is the information, have problems in 18 december, de return is now 11
december.

I will continue treating for a date but nearby al 15.

regards.

Oscar.

>From: "SCL TSC" <Scl.Tsc@aa.com>
>To: <oreye002@hotmail.com>
>Subject: RESERVA Y VALOR
>Date: Mon, 4 Dec 2006 15:21:20 -0600
>
>Estimado Sr Reyes aca le adjunto reserva y valor boletos suyo y de su hija.
>
>
>*940/05DECSCL-REYES«
>  1.1REYES/OSCAR MR
>  1    940Q 05DEC T*SCLDFW HK1   1130P  630A  06DEC W /E
>  2    3591Q 06DEC W DFWHOU*HK1   900A 1010A /E
```


EXHIBIT 2

```
>        /OPERATED BY AMERICAN EAGLE
> 3   1068Q 11DEC M*IAHMIA HK1    710P 1030P /E
> 4    957Q 11DEC M MIASCL*HK1   1120P  935A  12DEC T /E
>TKT/TIME LIMIT
>    1.T-SEE TKT IN PROGRESS
>PHONES
>    1.SCL 56 34 517810 HOME
>    2.SCL 56 9 1588056 MOBILE
>    3.SCL OREYE002*HOTMAIL.COM
>    4.SCL  ** ** ** ** ATO TSC PAX 2ND TKT ** ** ** ** ** **
>
>VALOR BOLETO USD
>
>
>
>PQS«
>         PRICE QUOTE RECORD - SUMMARY BY NAME NUMBER
>
>                     RETAINED FARE
>AME     PQ TYPE TKT DES                  TKT TTL        STAT
>1.1     1                                USD738.00       A
>
>
>
>RESERVA Y VALOR   ROCIO REYES.
>
>*A«
>  1.1REYES/ROCIO CNN
> 1    1068M 11DEC M*IAHMIA HK1   710P 1030P /E
> 2     957M 11DEC M MIASCL*HK1  1120P  935A  12DEC T /E
> 3     912M 30DEC J*SCLMIA HK1  1040P  500A  31DEC S /E
> 4    1303M 31DEC S MIAIAH*HK1   655A  840A /E
>TKT/TIME LIMIT
>    1.TLSCLAA700P/05DEC-TUE
>PHONES
>    1.SCL569 091588056
>    2.SCL-******ATO TSC MARCELOMMARTINEZ**
>PRICE QUOTE RECORD EXISTS - *PQS
>
>
>
>
>
>  VALOR USD.
>
>*PQS«
>         PRICE QUOTE RECORD - SUMMARY BY NAME NUMBER
>
>                     RETAINED FARE
>NAME    PQ TYPE TKT DES                  TKT TTL        STAT
>  1.1      1 CNN                         USD1013.00      A
>
>
>ATT MARCELO MARTINEZ.
>
>
>Atte.,
>Salas de Ventas
>American Airlines
>Lo esperamos en: Bosque Norte 0107, esquina Roger de Flor, Metro Tobalaba;
>Huerfanos 1199, esquina Morande, Metro Moneda y Aeropuerto Internacional -
```

>3er nivel, frente al counter # 26
>Llamenos todos los días del año al 6790100, o visite nuestra pagina web
>www.aa.com/espanol

---

Charla con tus amigos en línea mediante MSN Messenger:
http://messenger.latam.msn.com/

Please review your flight details below and complete the reservation form to secure your flight. To change your flight, please click back to select a different flight to take.

Date: Tue 12-Dec    Duration: 19hr 40mn

DEPARTS: 07:55 PM from West B Hartsfield, Atlanta
ARRIVES: 09:48 PM to Miami Intl, Miami

Delta Air Lines
1171, Coach, No Stops

connection in Miami Intl, Miami (MIA) 1 Hour 32 Minutes

DEPARTS: 11:20 PM from Miami Intl, Miami
ARRIVES: 09:35 AM to A Merino Benitez, Santiago

Lan Chile Airlines
5503, Coach, No Stops
Operated By American Airlines

connection in A Merino Benitez, Santiago (SCL) 5 Hours 45 Minutes

DEPARTS: 03:20 PM from A Merino Benitez, Santiago
ARRIVES: 05:35 PM to Pichoy, Valdivia

Lan Chile Airlines
249, Coach, Stops: 1

| Passenger Type | Passengers | Ticket Price | Taxes & Fees | Total |
|---|---|---|---|---|
| Adult | 1 | $1,220.00 | $67.90 | $1,287.90 |
| Child | 2 | $926.00 | $67.90 | $1,987.80 |
| | | | Insurance: | $0.00 |
| | | | Total of sale: | $3275.70 USD |

## Insurance

☐ Protect yourself from trip cancellation, stolen baggage or travel delays with Travel Guard trip protection for only $39.95 per person.  Policy Deta

## Passenger Information

| | First Name* | Last Name* | Email* | Frequent Flyer # | Meal |
|---|---|---|---|---|---|
| 1 (Adult) | ELVIS | PRESLEY | | | [No Prefer |
| 2 (Child) | | | | | [No Prefer |
| 3 (Child) | | | | | [No Prefer |

## Billing Information

Final Total   $3275.70 USD

*Credit Card Number

*Card Verification Number

Please enter the 3- or 4-digit code that appears on the front or back of your credit card. (Optima card holders will see these digits above the card number to the left.)

*Expiration

*Cardholder Name
(Name must match one of the Passengers. No third party credit cards accepted.)

*Address 1

EXHIBIT 3

https://www.smartfares.com/Engine/Passenger.asp?MODE=NEW&FARE=41...    12/5/2006

|                | |
|---------------:|---|
| Address 2      | |
| *City          | |
| *Zip Code      | |
| Country        | United States |
| *State         | (Please Select) |
| *Billing Phone | |
| Business Phone | |

SECURED BY GeoTrust click to verify 05-Dec-06 21:02 GMT

If for any reason your credit card is not accepted, we will notify you that the tickets cann issued. Tickets are not purchased until the credit card has received authorization and has charged.

## Terms and Conditions

To avoid potential airline penalties, please review your email address and phone number to ensure the information is correct prior to clicking the purchase button. To f reservation, you must check to indicate that you have read and agreed to the Terms and Conditions.

I Agree  ☐