IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | C.A. No. 2:06-cv-832-MHT |
| | ) | |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |

**PETITIONER'S MOTION
FOR AN ORDER OR HEARING ON TRAVEL ARRANGEMENTS**

1. Since the Court issued its Opinion[1] and Supplemental Judgment[2] on December 1, 2006, counsel for petitioner Reyes has been attempting to coordinate the travel arrangements for RMRV's return home to Chile, including plans for respondent Ruiz to accompany RMRV and Reyes. *See* Exhibits 1 and 2. Reyes's counsel did not receive any response to his letters and telephone calls until Ruiz filed her Motion To Modify on December 5, 2006.[3] In the meantime, Reyes was forced to commit to travel plans to ensure that he would arrive in the United States in time to meet the Court's December 15, 2006 deadline for him to pick up RMRV,[4] and so that he could secure a return flight during this busy travel season. A few hours before Reyes boarded his flight from Chile to the United States on December 6, 2006, the Court denied Ruiz's Motion To Modify.[5]

---

[1] Doc. No. 35.

[2] Doc. No. 36.

[3] Doc. No. 39.

[4] Doc. No. 36 ¶ 4.

[5] Doc. No. 41.

2. Reyes arrived in Houston, Texas on Thursday, December 7, 2006. He is ready to come to Alabama to pick up RMRV.

3. Still having received no response from Ruiz regarding travel arrangements, Reyes's counsel sent another letter to Ruiz's counsel on the issue. *See* Exhibit 3. That correspondence included a copy of the nonrefundable (but changeable with a $200-per-ticket fee) air-travel arrangements that Reyes has made for RMRV, which are for December 11, 2006 and departing out of Houston Intercontinental Airport on American Airlines.

4. Counsel for Reyes was able to contact Ruiz's counsel by telephone during the afternoon of December 7, 2006. One of Ms. Ruiz's in-laws, Susan Jones, joined that telephone call, along with Reyes. Reyes proposed picking up RMRV on Saturday, December 9, 2006, in Alabama, and driving to Houston with her to catch the scheduled flight to Chile.[6] Ruiz would be welcome to ride with Reyes and RMRV. *See* Exhibit 4.

5. Jones objected to Reyes driving to Houston with RMRV, instead wanting everyone to fly on a different airline out of Atlanta, without specifying where or when Reyes would pick up RMRV. Reyes is unable to change airlines or his departure city without losing the money he paid for his American Airlines reservations, but offered to modify his reservations for any other comparable American Airlines flight from Houston between now and the Court's December 15, 2006 deadline. *See* Exhibit 4. Ruiz rejected Reyes's travel proposal and, based on a December 7, 2006 email from her counsel, is still of the mindset that it is Reyes accompanying her and RMRV back to Chile, not Ruiz accompanying Reyes and RMRV. *See* Exhibit 5.

---

[6] After the October 11, 2006 hearing, Reyes successfully used a similar travel plan. After the hearing, he returned to Houston with his counsel. When arrangements were made for him to visit with RMRV under the supervision of Ruiz's in-laws, Reyes drove from Houston to Montgomery to visit her, and then drove back to Houston for his flight to Chile.

6.	Because Reyes's reservations are for Monday, December 11, 2006, and there still is no agreement on travel arrangements, Reyes respectfully asks the Court either to issue an order compelling Ruiz to comply with the travel arrangements made by Reyes, or to convene a hearing on this issue so that it can be resolved expeditiously once and for all.

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: s/ Scott R. Dayton
      Sylvia Mayer
      Texas Bar No. 00787028
      sylvia.mayer@weil.com
      Scott R. Dayton
      Texas Bar No. 24007093
      scott.dayton@weil.com
      Dolores Cavatore
      Texas Bar No. 24027800
      dolores.cavatore@weil.com
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:    713-546-5000
Facsimile:     713-224-9511

*Attorneys for Petitioner*
*Oscar Manuel Reyes Pastén*

**CERTIFICATE OF SERVICE**

I here by certify that, on December 7, 2006, I electronically filed **PETITIONER'S MOTION FOR AN ORDER OR HEARING ON TRAVEL ARRANGEMENTS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Boyd F. Campbell
Boyd F. Campbell, P.C.
PO Box 11032
Montgomery, AL 36111-0032
334-832-9090
Fax: 334-832-9071
Email: usvisa@yahoo.com

*Attorney for Respondent*
*Flavia Cecilia Ruiz Velásquez*

　　　　　　　　　　　　　　　　　　　　　　/s/     Scott R. Dayton

# WEIL, GOTSHAL & MANGES LLP

700 LOUISIANA
SUITE 1600
HOUSTON, TEXAS 77002
(713) 546-5000
FAX: (713) 224-9511

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE

713/546-5216
scott.dayton@weil.com

December 4, 2006

*Via Facsimile and Email:*
Mr. Boyd F. Campbell
Attorney at Law
P. O. Box 11032
Montgomery, AL 36111-0032

Re:   Civil Action No. 2:06cv832-MHT; *Oscar Manuel Reyes Pastén vs. Flavia Cecilia Ruiz Velásquez;* In the United States District Court for the Middle District of Alabama, Northern Division

Dear Boyd:

Mr. Reyes will be arriving in the United States on Wednesday, December 6, 2006, to pick up RMRV. Please let me know convenient times and locations for Mr. Reyes to take possession of RMRV as soon as possible after December 6th. The return flights to Chile are filling up quickly due to the holiday travel season, so Mr. Reyes needs to make the reservations for him and RMRV to return to Chile as soon as possible.

Also, please let me know whether Ms. Ruiz will be accompanying Mr. Reyes and RMRV back to Chile. Given her representations to the Court that she does not have the means to travel to Chile, I assume she will not be. But if she will, we will need to coordinate and book flight reservations as soon as possible before flights fill up.

Finally, please let me know when I should expect to receive reimbursement for the costs and expenses assessed against Ms. Ruiz.

Please call if you have any questions or problems.

Sincerely,

Scott R. Dayton



HO1:\341632\01\7BLS01!.DOC\99995.2438

|  |  |
|---|---|
| ·Scott Dayton/HO/WGM/US | To   usvisa@yahoo.com |
| 12/04/2006 04:39 PM | cc  ·Dolores Cavatore/HO/WGM/US@WGM, Linda Calles/HO/WGM/US@WGM |
|  | bcc  Pro Bono Reyes Email File@WGM; oreye002@hotmail.com; Tricia Patterson/HO/WGM/US@WGM |
|  | Subject   Reyes v. Ruiz--Flight Arrangements |

Boyd,

Below is the flight information Mr. Reyes has so far.

Please call to discuss.

Regards,

Scott R. Dayton
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
713-546-5216 (direct)
713-224-9511 (fax)
scott.dayton@weil.com
----- Forwarded by Scott Dayton/HO/WGM/US on 12/04/2006 04:38 PM -----



|  |  |
|---|---|
| Oscar Manuel Reyes Pastén <oreye002@hotmail.com> | To   scott.dayton@weil.com |
| 12/04/2006 04:21 PM | cc   linda.calles@weil.com |
|  | Subject   FW: RESERVA Y VALOR |

```
Scott

this is the information, have problems in 18 december, de return is now 11
december.

I will continue treating for a date but nearby al 15.

regards.

Oscar.

>From: "SCL TSC" <Scl.Tsc@aa.com>
>To: <oreye002@hotmail.com>
>Subject: RESERVA Y VALOR
>Date: Mon, 4 Dec 2006 15:21:20 -0600
>
>Estimado Sr Reyes aca le adjunto reserva y valor boletos suyo y de su hija.
>
>
>*940/05DECSCL-REYES«
>  1.1REYES/OSCAR MR
>  1    940Q 05DEC T*SCLDFW HK1   1130P  630A  06DEC W /E
>  2   3591Q 06DEC W DFWHOU*HK1    900A 1010A /E
```

EXHIBIT 2

```
>       /OPERATED BY AMERICAN EAGLE
> 3   1068Q 11DEC M*IAHMIA HK1   710P 1030P /E
> 4    957Q 11DEC M MIASCL*HK1  1120P  935A  12DEC T /E
>TKT/TIME LIMIT
>   1.T-SEE TKT IN PROGRESS
>PHONES
>   1.SCL 56 34 517810 HOME
>   2.SCL 56 9 1588056 MOBILE
>   3.SCL OREYE002*HOTMAIL.COM
>   4.SCL  ** ** ** ** ATO TSC PAX 2ND TKT ** ** ** ** ** **
>
>VALOR BOLETO USD
>
>
>
>PQS«
>         PRICE QUOTE RECORD - SUMMARY BY NAME NUMBER
>
>                     RETAINED FARE
>AME    PQ TYPE TKT DES                  TKT TTL        STAT
>1.1     1                               USD738.00      A
>
>
>
>RESERVA Y VALOR  ROCIO REYES.
>
>*A«
>  1.1REYES/ROCIO CNN
> 1   1068M 11DEC M*IAHMIA HK1   710P 1030P /E
> 2    957M 11DEC M MIASCL*HK1  1120P  935A  12DEC T /E
> 3    912M 30DEC J*SCLMIA HK1  1040P  500A  31DEC S /E
> 4   1303M 31DEC S MIAIAH*HK1   655A  840A /E
>TKT/TIME LIMIT
>   1.TLSCLAA700P/05DEC-TUE
>PHONES
>   1.SCL569 091588056
>   2.SCL-******ATO TSC MARCELOMMARTINEZ**
>PRICE QUOTE RECORD EXISTS - *PQS
>
>
>
>
>
> VALOR USD.
>
>*PQS«
>         PRICE QUOTE RECORD - SUMMARY BY NAME NUMBER
>
>                     RETAINED FARE
>NAME    PQ TYPE TKT DES                 TKT TTL        STAT
> 1.1     1 CNN                          USD1013.00     A
>
>
>ATT MARCELO MARTINEZ.
>
>
>Atte.,
>Salas de Ventas
>American Airlines
>Lo esperamos en: Bosque Norte 0107, esquina Roger de Flor, Metro Tobalaba;
>Huerfanos 1199, esquina Morande, Metro Moneda y Aeropuerto Internacional -
```

```
>3er nivel, frente al counter # 26
>Llamenos todos los días del año al 6790100, o visite nuestra pagina web
>www.aa.com/espanol
```

---

Charla con tus amigos en línea mediante MSN Messenger:
http://messenger.latam.msn.com/

|  | To | usvisa@yahoo.com |
|---|---|---|
| ·Scott Dayton/HO/WGM/US | cc |  |
| 12/07/2006 12:09 PM | bcc | oreye002@hotmail.com; Pro Bono Reyes Email File@WGM; Linda Calles/HO/WGM/US@WGM; Dolores Cavatore/HO/WGM/US@WGM |
|  | Subject | 12-7-06 letter to Boyd F. Campbell |

Dear Boyd,

Please see attached.

Sincerely,

Scott R. Dayton
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
713-546-5216 (direct)
713-224-9511 (fax)
scott.dayton@weil.com


12-7-06 ltr to Boyd Campbell.pdf


EXHIBIT 3

FILE COPY

# WEIL, GOTSHAL & MANGES LLP

700 LOUISIANA
SUITE 1600
HOUSTON, TEXAS 77002
(713) 546-5000
FAX: (713) 224-9511

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE

713/546-5216
scott.dayton@weil.com

December 7, 2006

*Via Facsimile and Email:*
Mr. Boyd F. Campbell
Attorney at Law
P. O. Box 11032
Montgomery, AL 36111-0032

Re:   Civil Action No. 2:06cv832-MHT; *Oscar Manuel Reyes Pastén vs. Flavia Cecilia Ruiz Velásquez;* In the United States District Court for the Middle District of Alabama, Northern Division

Dear Boyd:

I just tried to call you at your office, but there was no answer so I left a message. We need to discuss the arrangements for Mr. Reyes to pick up RMRV and whether Ms. Ruiz will be accompanying them on the return flight to Chile.

Mr. Reyes has made reservations for RMRV's return to Chile on Monday, December 11, 2006. A copy of the flight information is attached. (It was more economical to purchase a round-trip ticket instead of a one-way ticket, so you may disregard the return flight information.)

Mr. Reyes is in Houston and ready to go to Alabama to pick up RMRV as soon as possible. Please call me immediately to discuss these issues.

Sincerely,

Scott R. Dayton

enclosure

HO1:\341788\01\7BQ401!.DOC\99995.2438

**PASSENGER TICKET AND BAGGAGE CHECK**  ** NOT VALID FOR TRAVEL **  AmericanAirlines

PASSENGER ITINERARY

NAME OF PASSENGER: REYES/ROCIO CNN
DFDLGO

11DEC - MONDAY
LV HOUSTON GEO BUSH    710P    FLT1068    ECONOMY
AR MIAMI INTERNTNL    1030P              SEAT 12C
LV MIAMI INTERNTNL    1120P    FLT 957    ECONOMY
AR SANTIAGO    SCL    935A              SEAT 34G DINNER/BREAK

30DEC - SATURDAY
LV SANTIAGO    SCL    1040P    FLT 912    ECONOMY
AR MIAMI INTERNTNL    500A                      DINNER/BREAK

00109939994536    NOT VALID FOR TRANSPORTATION

PLEASE NOTE -- YOU WILL BE REQUIRED TO PRESENT A PHOTO ID AT AIRPORT CHECKIN

AMERICAN AIRLINES
AMERICAN AIRLINES
AMERICAN AIRLINES

---

**PASSENGER TICKET AND BAGGAGE CHECK**  ** NOT VALID FOR TRAVEL **  AmericanAirlines

PASSENGER ITINERARY

NAME OF PASSENGER: REYES/ROCIO CNN
DFDLGO

31DEC - SUNDAY
LV MIAMI INTERNTNL    655A    FLT1303    ECONOMY
AR HOUSTON GEO BUSH    840A

00109939994525    NOT VALID FOR TRANSPORTATION

PLEASE NOTE -- YOU WILL BE REQUIRED TO PRESENT A PHOTO ID AT AIRPORT CHECKIN

AMERICAN AIRLINES

---

**PASSENGER TICKET AND BAGGAGE CHECK**    2178887621    4    AmericanAirlines

*** ELECTRONIC TICKET ***    PASSENGER RECEIPT 1 OF 1
AmericanAirlines    06DEC06  75101261    CL
SCL 3AU    /SANTIAGO    SCL

NAME: REYES/ROCIO CNN
**NOT VALID FOR**  ***RETAIN THIS RECEIPT***
**TRANSPORTATION**  **THROUGHOUT YOUR JOURNEY**

DFDLGO/AA

FARE CALCULATION:
HOU AA X/MIA Q45.00 AA SCL409.03MHX1MCLCH AA X/MIA Q45.00 AA HOU426.45MHW1MCLCH NUC9
25.48END ROE1.00 XT30.00ZG5.00YC7.00XY5.00XA4.50XFMIA4.5

FARE    USD    925.00    FORM OF PAYMENT: CASH
TAX    US    29.00
TAX    AY    7.50
TAX    XT    51.50    00109939994422    001 2178887621 5
TOTAL  USD    1013.00

REYES/ROCIO CNN
HOUSTON GEO BUSH
AA 1068 M 11DEC    MHX1MCLCH
MIAMI INTERNTNL
AA 957 M 11DEC    MHX1MCLCH
SANTIAGO    SCL
AA 912 M 30DEC    MHW1MCLCH
MIAMI INTERNTNL
AA 1303 M 31DEC    MHW1MCLCH
HOUSTON GEO BUSH

NOT VALID FOR TRAVE
001 2178887621 5

# WEIL, GOTSHAL & MANGES LLP

700 Louisiana, Suite 1600, Houston, TX 77002

## FAX COVER PAGE

Main Phone: (713) 546-5000
Main Fax: (713) 224-9511
Telex: 462014

**TOTAL PAGES:** 3 (including this page)

**DATE:** December 7, 2006

**PLEASE SEND:**
☐ IMMEDIATELY  ☑ ASAP
**SENDER'S DIRECT DIAL:** 713-546-5216

**FROM:** Scott R. Dayton

**EMAIL:** scott.dayton@weil.com

| PLEASE DELIVER TO: | FAX NUMBER: | PHONE NUMBER: |
|---|---|---|
| 1. Mr. Boyd F. Campbell, Attorney at Law | 334-832-9071 | 334-832-9090 |

**COMMENTS:**

If you do not receive legible copies of all pages, please contact the Telecopy Department at (713) 546-5153 or the Sender.

**ATTY. NO.:** 2493   **CLIENT/MATTER NO.:** 99995.2438   **ROOM NO.:**   **PREPARED BY:** Tricia Patterson

**TRANSMITTED BY:** Lucy   **DATE:** 12/7   **COMPLETED TIME:** 12:01  ☐AM ☑PM

**RECEIVED**

This facsimile message is intended only for use of the individual or entity name above, and may contain confidential and/or legally privileged information. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the postal service. Thank You.

**REFERENCE #**



HO1:\339407\01\79VZ01!.DOC\99995.2438

| | | |
|---|---|---|
| Scott Dayton/HO/WGM/US<br>12/07/2006 02:31 PM | To | usvisa@yahoo.com |
| | cc | |
| | bcc | oreye002@hotmail.com; Pro Bono Reyes Email File@WGM; Linda Calles/HO/WGM/US@WGM; Dolores Cavatore/HO/WGM/US@WGM |
| | Subject | Re: 12-7-06 letter to Boyd F. Campbell |

Dear Boyd,

This message must have come through while we were on the telephone together. As we discussed, Mr. Reyes has already purchased tickets for RMRV's travel, which I attached to my previous correspondence to you. Mr. Reyes was forced to purchase these non-refundable tickets unilaterally due to Ms. Ruiz's failure to respond to my requests to coordinate travel arrangements. If there is another American Airlines flight to Chile between now and the Court's December 15, 2006 deadline that can accommodate everybody, we can certainly try to do that (assuming Mr. Ruiz will pay the $200 per ticket change fee).

Please call me after you have been able to confer with your client's representatives so we can confirm that Mr. Reyes can pick up RMRV this Saturday, December 9, 2006, at 3 p.m. at the U.S. Courthouse in Montgomery.

Sincerely,

Scott R. Dayton
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
713-546-5216 (direct)
713-224-9511 (fax)
scott.dayton@weil.com


Boyd Campbell <usvisa@yahoo.com>



| | | |
|---|---|---|
| **Boyd Campbell**<br><usvisa@yahoo.com><br>12/07/2006 01:58 PM | To | scott.dayton@weil.com |
| | cc | |
| | Subject | Re: 12-7-06 letter to Boyd F. Campbell |

```
It is my hope that Reyes, Velasquez and their daughter
(along with Velasquez's 3-year-old U.S. citizen
daughter Emilia) can make arrangements to fly to Chile
together.

I have been in meetings all morning and just got back
into the office at 1:30 p.m. If such an arrangement
interests your client, please call (334) 832-9090.

Boyd Campbell

--- scott.dayton@weil.com wrote:
```



EXHIBIT 4

```
> Dear Boyd,
>
> Please see attached.
>
> Sincerely,
>
> Scott R. Dayton
> WEIL, GOTSHAL & MANGES LLP
> 700 Louisiana, Suite 1600
> Houston, Texas 77002
> 713-546-5216 (direct)
> 713-224-9511 (fax)
> scott.dayton@weil.com
>
>
>
> ------------------------------------------
> The information contained in this email message is
> intended only
> for use of the individual or entity named above. If
> the reader of
> this message is not the intended recipient, or the
> employee or
> agent responsible to deliver it to the intended
> recipient, you are
> hereby notified that any dissemination, distribution
> or copying of
> this communication is strictly prohibited. If you
> have received
> this communication in error, please immediately
> notify us by email
> (postmaster@weil.com), and destroy the original
> message. Thank you
>
```

Need a quick answer? Get one in minutes from people who know.
Ask your question on www.Answers.yahoo.com

< END >

| | | |
|---|---|---|
| Scott Dayton/HO/WGM/US<br>12/07/2006 03:03 PM | To | usvisa@yahoo.com |
| | cc | |
| | bcc | |
| | Subject | Re: 12-7-06 letter to Boyd F. Campbell |

Boyd,

I fear this cannot be resolved timely without court intervention, so I will ask the Court to set a hearing on the matter.

Regards,

Scott R. Dayton
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
713-546-5216 (direct)
713-224-9511 (fax)
scott.dayton@weil.com


Boyd Campbell <usvisa@yahoo.com>



| | | |
|---|---|---|
| **Boyd Campbell**<br><usvisa@yahoo.com><br>12/07/2006 02:58 PM | To | scott.dayton@weil.com |
| | cc | |
| | Subject | Re: 12-7-06 letter to Boyd F. Campbell |

```
Scott, the judge's order says nothing about Oscar
picking Rocio up and driving her to Houston.

I think it would be better for all of them to travel
together. As a father, the last thing I would want is
a scene on an aircraft with my own daughter.

Flavia will pay the $200 ticket change fees if Oscar
will agree to an arrangement whereby she and her
in-laws help Oscar make arrangements to go with
Flavia, Rocio, and Emilia on the Dec. 12 Delta flight
to Atlanta, via Miami, to Santiago.

At some point very soon I would like to put Ron and
Susan Jones in touch with Oscar (through a translator,
if need be) to indicate how they can help make this
happen.

I hope that's okay. Both of us have acknowledged that
we're not travel agents.

Boyd
```



```
--- scott.dayton@weil.com wrote:

> Dear Boyd,
>
> This message must have come through while we were on
> the telephone
> together.  As we discussed, Mr. Reyes has already
> purchased tickets for
> RMRV's travel, which I attached to my previous
> correspondence to you.  Mr.
> Reyes was forced to purchase these non-refundable
> tickets unilaterally due
> to Ms. Ruiz's failure to respond to my requests to
> coordinate travel
> arrangements.  If there is another American Airlines
> flight to Chile
> between now and the Court's December 15, 2006
> deadline that can
> accommodate everybody, we can certainly try to do
> that (assuming Mr. Ruiz
> will pay the $200 per ticket change fee).
>
> Please call me after you have been able to confer
> with your client's
> representatives so we can confirm that Mr. Reyes can
> pick up RMRV this
> Saturday, December 9, 2006, at 3 p.m. at the U.S.
> Courthouse in
> Montgomery.
>
> Sincerely,
>
> Scott R. Dayton
> WEIL, GOTSHAL & MANGES LLP
> 700 Louisiana, Suite 1600
> Houston, Texas 77002
> 713-546-5216 (direct)
> 713-224-9511 (fax)
> scott.dayton@weil.com
>
>
>
>
>
> Boyd Campbell <usvisa@yahoo.com>
> 12/07/2006 01:58 PM
>
> To
> scott.dayton@weil.com
> cc
>
> Subject
> Re: 12-7-06 letter to Boyd F. Campbell
>
>
>
>
>
>
> It is my hope that Reyes, Velasquez and their
> daughter
```

```
> (along with Velasquez's 3-year-old U.S. citizen
> daughter Emilia) can make arrangements to fly to
> Chile
> together.
>
> I have been in meetings all morning and just got
> back
> into the office at 1:30 p.m. If such an arrangement
> interests your client, please call (334) 832-9090.
>
> Boyd Campbell
>
> --- scott.dayton@weil.com wrote:
>
> > Dear Boyd,
> >
> > Please see attached.
> >
> > Sincerely,
> >
> > Scott R. Dayton
> > WEIL, GOTSHAL & MANGES LLP
> > 700 Louisiana, Suite 1600
> > Houston, Texas 77002
> > 713-546-5216 (direct)
> > 713-224-9511 (fax)
> > scott.dayton@weil.com
> >
> >
> >
> > ------------------------------------------
> > The information contained in this email message is
> > intended only
> > for use of the individual or entity named above.
> If
> > the reader of
> > this message is not the intended recipient, or the
> > employee or
> > agent responsible to deliver it to the intended
> > recipient, you are
> > hereby notified that any dissemination,
> distribution
> > or copying of
> > this communication is strictly prohibited. If you
> > have received
> > this communication in error, please immediately
> > notify us by email
> > (postmaster@weil.com), and destroy the original
> > message. Thank you
> >
>
>
>
>
>
> Need a quick answer? Get one in minutes from people
> who know.
> Ask your question on www.Answers.yahoo.com
>
```

```
>
>
> < END >
```

---

Need a quick answer? Get one in minutes from people who know.
Ask your question on www.Answers.yahoo.com

< END >