IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:06cv832-MHT |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) | (WO) |
| | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

It is ORDERED that petitioner Oscar Manuel Reyes Pastén's motion for a hearing on travel arrangements (doc. No. 42) is denied.

Reyes is requesting that the court become enmeshed in the minutiae of a dispute between him and respondent Flavia Cecilia Ruiz Velásquez over travel arrangements for RMRV. However, there is no legal or factual issue for this court to hear; the requirements of this court's earlier orders and injunctions are not ambiguous. This court has emphatically stated that Reyes may take RMRV to

Chile "by himself" (doc. no. 41); that Reyes may "come to Montgomery, Alabama to take RMRV back to Chile himself" (doc. no. 35); and, most importantly, that Ruiz is enjoined and restrained from failing to turn over RMRV to Reyes when he arrives to escort RMRV back to Chile (doc. no. 36).  While the parties' efforts to coordinate are laudable, and were, are still, encouraged by this court, the requirement that Ruiz turn RMRV over to Reyes is neither ambiguous nor in dispute.  Reyes is entitled, upon his arrival in Montgomery, Alabama, to take possession of RMRV and return to Chile with RMRV with or without Ruiz.

    DONE, this the 8th day of December, 2006.

                                     /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**