IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) C.A. No. 2:06-cv-832-MHT |
| | ) |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) |
| | ) |
| Respondent. | ) |

## STIPULATION ON TRAVEL ARRANGEMENTS AND ORDER

Petitioner Oscar Manuel Reyes Pastén and respondent Flavia Cecilia Ruiz Velásquez stipulate as follows:

1. On Monday, December 11, 2006 at 9:00 a.m., Ruiz will relinquish possession of RMRV and all of her necessary travel documents (*e.g.,* RMRV's passport, visa, tickets, etc.) to Reyes at the front of the U.S. Courthouse in Montgomery Alabama, located at One Church Street, Montgomery, AL 36104. If there are any changes in travel plans not directly caused by Reyes, Reyes shall still take possession of RMRV and her travel documents at that time and location.

2. After Reyes takes possession of RMRV, he shall maintain possession of her in accordance with the Court's order until RMRV is through immigration in Chile, at which time her custody is a matter of Chilean law.

3. Ruiz shall be allowed to accompany Reyes while he has possession of RMRV to the extent required by the Court's order, but Reyes will determine where RMRV is located and what she does during the time he has possession of RMRV. Ruiz acknowledges that the right to accompany RMRV extends to her only, and Reyes is only obligated to allow Ruiz to accompany him and RMRV. Reyes will, however, allow Ruiz's one other child to also accompany him and RMRV, so long as Reyes's rights and travel plans are not affected in any way.

4. Reyes will take RMRV back to Chile with him on December 11, 2006, in accordance with the following flight arrangements:

    a. Delta Flight 4875

        i. Departing Montgomery, AL at 5:22 p.m.

        ii. Arriving in Atlanta, GA at 7:22 p.m.

    b. Delta Flight 147

        i. Departing Atlanta, GA at 10:05 p.m.

        ii. Arriving in Santiago, Chile at 9:30 a.m.

    c. Reyes's confirmation number is PBR983.

    d. RMRV's confirmation number is PBR983

5. Reyes will be seated <u>immediately</u> next to RMRV on all flights. Ruiz shall, by 5:00 p.m. on December 8, 2006, provide written confirmation from the airlines that the seating arrangements have been changed to ensure that Reyes will be seated immediately next to RMRV on all flights. By that same time, Ruiz shall also ensure that RMRV's travel arrangements reflect her correct, legal name.

6. If Ruiz or her agents fail to make the above-referenced flight arrangements, alters the arrangements (other than to comply with Paragraph 5), or in any way hinders RMRV's return to Chile in accordance with the above-stipulated arrangements, Reyes will return to Chile with RMRV on dates, times, flights, etc. selected solely at his discretion and without regard to Ruiz's ability to travel on those dates (although she may still accompany Reyes and RMRV if she is able).

7. Ruiz shall be responsible for making and paying for Reyes's and RMRV's flight arrangements to Chile, including any arrangements necessary for missed flights, flight cancellations, etc.

8. This stipulation is not intended to be, and shall not be construed as, a waiver of any rights conferred on Reyes by the Court, by U.S. or Chilean law, or international treaty.

APPROVED and ORDERED on the 11th day of December, 2006.

                                                                   /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE

STIPULATED on the 8th day of December, 2006 by:

| BOYD F. CAMPBELL, P.C. | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| By: s/ Boyd F. Campbell<br>Boyd F. Campbell<br>Boyd F. Campbell, P.C.<br>PO Box 11032<br>Montgomery, AL 36111-0032<br>334-832-9090<br>Fax: 334-832-9071<br>Email: usvisa@yahoo.com<br><br>*Attorney for Respondent Flavia Cecilia Ruiz Velásquez* | By: s/ Scott R. Dayton<br><br>Sylvia Mayer<br>Texas Bar No. 00787028<br>sylvia.mayer@weil.com<br>Scott R. Dayton<br>Texas Bar No. 24007093<br>scott.dayton@weil.com<br>Dolores Cavatore<br>Texas Bar No. 24027800<br>dolores.cavatore@weil.com<br>700 Louisiana, Suite 1600<br>Houston, Texas 77002<br>Telephone:     713-546-5000<br>Facsimile: 713-224-9511<br>*Attorneys for Petitioner*<br>*Oscar Manuel Reyes Pastén* |

### CERTIFICATE OF SERVICE

I here by certify that, on December 8, 2006, I electronically filed **STIPULATION ON TRAVEL ARRANGEMENTS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Boyd F. Campbell
Boyd F. Campbell, P.C.
PO Box 11032
Montgomery, AL 36111-0032
334-832-9090
Fax: 334-832-9071
Email: usvisa@yahoo.com

*Attorney for Respondent*
*Flavia Cecilia Ruiz Velásquez*

/s/  Scott R. Dayton