IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 11  A 9:06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| OSCAR MANUEL REYES PASTÉN  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. |
| ) | 2:06cv832-MHT |
| FLAVIA CECILIA RUIZ VELÁSQUEZ  ) | |
| ) | |
| Defendant.  ) | |

### AFFIDAVIT

Comes now Boyd F. Campbell, counsel for the respondent in the above-styled cause, and states under penalty of perjury as follows:

"On Monday, December 11, 2006, at __9:00 a.m.__ p.m., in or near the offices of the United States Marshall located in the United States Courthouse in Montgomery, Alabama, I personally witnessed the respondent, Flavia Cecilia Velásquez Ruiz, surrender possession of her daughter, RMRV, to the petitioner, Oscar Manuel Reyes Pastén, in full compliance with the Supplemental Judgment and Injunction of this court dated on the 1st day of December, 2006."

FURTHER DEPONENT SAITH NOT.

_____
BOYD F. CAMPBELL
Affiant

COUNSEL'S ADDRESS:
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P.O. Box 11032
Montgomery, Alabama 36111-0032
Telephone: 334-832-9090
Facsimile: 334-832-9071