IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:06cv832-MHT |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

It is ORDERED that, pursuant to the affidavit filed in this case (doc. no. 46) confirming that respondent Flavia Cecilia Ruiz Velásquez has complied with certain conditions set forth in this court's supplemental judgment and injunction (doc. no. 36), the United States Marshals shall release respondent Ruiz's passport to her.

DONE, this the 11th day of December, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE