# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | C.A. No. 2:06-cv-832-MHT |
| | ) | |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |

## PETITIONER'S CONFIRMATION OF RMRV'S RETURN TO CHILE

In accordance with Paragraph 7 of the Court's Supplemental Judgment and Injunction,[1] petitioner Oscar Manuel Reyes Pastén hereby confirms that he has returned RMRV home to Chile.

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: s/ Scott R. Dayton
 Sylvia Mayer
 Texas Bar No. 00787028
 sylvia.mayer@weil.com
 Scott R. Dayton
 Texas Bar No. 24007093
 scott.dayton@weil.com
 Dolores Cavatore
 Texas Bar No. 24027800
 dolores.cavatore@weil.com
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:   713-546-5000
Facsimile:   713-224-9511

*Attorneys for Petitioner*
*Oscar Manuel Reyes Pastén*

---

[1] Doc. No. 36.

**CERTIFICATE OF SERVICE**

I here by certify that, on December 12, 2006, I electronically filed **PETITIONER'S CONFIRMATION OF RMRV'S RETURN TO CHILE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Boyd F. Campbell
Boyd F. Campbell, P.C.
PO Box 11032
Montgomery, AL 36111-0032
334-832-9090
Fax: 334-832-9071
Email: usvisa@yahoo.com

*Attorney for Respondent*
*Flavia Cecilia Ruiz Velásquez*


                /s/     Scott R. Dayton