IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR MANUEL REYES PASTÉN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:06cv832-MHT |
| FLAVIA CECILIA RUIZ VELÁSQUEZ | ) | |
| | ) | |
| Defendant. | ) | |

AFFIDAVIT

Comes now Boyd F. Campbell, counsel for the respondent in the above-styled cause, and states under penalty of perjury as follows:

"I have confirmed through contact with my client, Flavia Cecilia Velásquez Ruiz, that she has returned to Chile with RMRV.

"This statement is provided to the court in compliance with its Supplemental Judgment and Injunction dated on the 1st day of December, 2006."

FURTHER DEPONENT SAITH NOT.

_____
BOYD F. CAMPBELL
Affiant

COUNSEL'S ADDRESS:
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P.O. Box 11032
Montgomery, Alabama 36111-0032
Telephone: 334-832-9090
Facsimile: 334-832-9071

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel for the plaintiff via facsimile and via first class mail, postage prepaid and properly addressed, to:

Weil Gotshal & Manges LLP
ATTN: Sylvia Mayer, Scott R. Dayton, Dolores Cavatore
700 Louisiana, Suite 1600
Houston, Texas 77002

_____
BOYD F. CAMPBELL