# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | C.A. No. 2:06-cv-832-MHT |
| | ) | |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |

## PETITIONER'S MOTION TO REFUND SECURITY DEPOSIT FROM THE COURT'S REGISTRY

This action has been concluded in favor of Petitioner Oscar Manuel Reyes Pastén ("Reyes"). Reyes therefore respectfully asks the Court to refund the $100 security fee deposited into the Court's registry on September 26, 2006 in connection with the Court's September 22, 2006 Corrected Order and Injunction [Doc. 14]. Reyes asks that payment be made to his counsel of record, Weil, Gotshal & Manges LLP, and mailed to the following address: Weil, Gotshal & Manges LLP, Attn: Scott R. Dayton, 700 Louisiana, Suite 1600, Houston, Texas 77002.

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: _s/ Scott R. Dayton_
  Sylvia Mayer
  Texas Bar No. 00787028
  sylvia.mayer@weil.com
  Scott R. Dayton
  Texas Bar No. 24007093
  scott.dayton@weil.com
  Dolores Cavatore
  Texas Bar No. 24027800
  dolores.cavatore@weil.com
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:  713-546-5000
Facsimile:  713-224-9511
*Attorneys for Petitioner*
*Oscar Manuel Reyes Pastén*

## CERTIFICATE OF SERVICE

I here by certify that, on March 27, 2007, I electronically filed **PETITIONER'S MOTION TO REFUND SECURITY DEPOSIT FROM THE COURT'S REGISTRY** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Boyd F. Campbell
Boyd F. Campbell, P.C.
PO Box 11032
Montgomery, AL 36111-0032
334-832-9090
Fax: 334-832-9071
Email: usvisa@yahoo.com

*Attorney for Respondent*
*Flavia Cecilia Ruiz Velásquez*


                                                      /s/     Scott R. Dayton

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR MANUEL REYES PASTÉN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | C.A. No. 2:06-cv-832-MHT |
| | ) | |
| FLAVIA CECILIA RUIZ VELÁSQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner's Motion to Refund Security Deposit From The Court's Registry is **GRANTED**. The Clerk of the Court is **ORDERED** to refund the $100 security fee that the Petitioner posted in this action on September 26, 2006. Payment shall be made to Petitioner's counsel of record, Weil, Gotshal & Manges LLP, and mailed to the following address:

> Weil, Gotshal & Manges LLP
> Attn: Scott R. Dayton
> 700 Louisiana, Suite 1600
> Houston, Texas 77002

SIGNED on the _____ day of _____, 2007.

_____
United States District Judge