IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORHTERN DIVISION

| | |
|---|---|
| **OSCAR MANUEL REYES PASTÉN,** ) </br> ) </br> Petitioner, ) </br> ) </br> v. ) </br> ) </br> **FLAVIA CECILIA RUIZ** ) </br> **VELÁSQUEZ,** ) </br> ) </br> Respondent. ) | CIVIL ACTION NO. </br> 2:06cv832-MHT |

### ORDER

It is ORDERED that respondent show cause, if any there be, in writing by April 6, 2007, as to why petitioner's motion to refund security deposit (doc. no. 50) should not be granted.

DONE, this the 28th day of March, 2007.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**