IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OSCAR MANUEL REYES PASTEN )
                              )

Plaintiff, )

v. )         CIVIL ACTION NO.
                              )         2:06cv832-MHT

FLAVIA CECILIA RUIZ VELÁSQUEZ )
                              )

Defendant. )

## DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE

Comes now defendant Flavia Cecilia Velásquez-Ruiz, by and through her counsel of record,

and states that she knows of no cause why petitioner's motion to refund security deposit (doc. no.

50) should not be granted.

Respectfully submitted on this 2nd day of April, 2007.

_____
BOYD F. CAMPBELL
Counsel for Defendant, ASB-8517-C66B

COUNSEL'S ADDRESS:
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P.O. Box 11032
Montgomery, Alabama 36111-0032
Telephone: 334-832-9090
Facsimile: 334-832-9071

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel for the plaintiff via facsimile and via first class mail, postage prepaid and properly addressed, to:

Weil Gotshal & Manges LLP
ATTN: Sylvia Mayer, Scott R. Dayton, Dolores Cavatore
700 Louisiana, Suite 1600
Houston, Texas 77002

Done on this 2nd day of April, 2007.

_____
BOYD F. CAMPBELL