IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

OSCAR MANUEL REYES PASTÉN,  )
                            )
    Petitioner,             )
                            )
                            )    CIVIL ACTION NO.
    v.                      )       2:06cv832-MHT
                            )
FLAVIA CECILIA RUIZ         )
VELÁSQUEZ,                  )
                            )
    Respondent.             )

## ORDER

Respondent having indicated that she does not object, it is ORDERED that petitioner's motion to refund security deposit (doc. no. 50) is granted.

The clerk of the court is DIRECTED to refund the security fee posted by petitioner in this case. Payment should be made to petitioner's counsel of record, Weil, Gotshal & Manges LLP, and mailed to the following address:

```
          Weil, Gotshal & Manges LLP
          Attn: Scott R. Dayton
          700 Louisiana, Suite 1600
          Houston, Texas 77002
```

**DONE, this the 4th day of April, 2007.**


                  <u>/s/ Myron H. Thompson</u>
             **UNITED STATES DISTRICT JUDGE**